# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VYAIRE MEDICAL, INC., *et al.*, | ) | Case No. 24-11217 (BLS) |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Scott J. Greenberg of Gibson, Dunn & Crutcher LLP, to represent the 1L Ad Hoc Group in the above-captioned proceeding and any related adversary proceedings.

Dated: June 10, 2024

*/s/ Laura Davis Jones*
Laura Davis Jones (Bar No. 2436)
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor, P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 12/21/2023. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated: June 10, 2024

*/s/ Scott J. Greenberg*
Scott J. Greenberg
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
Email: sgreenberg@gibsondunn.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE

**Dated: June 10th, 2024**
**Wilmington, Delaware**