IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>VYAIRE MEDICAL, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11217 (BLS)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on July 3, 2024, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served (i) via the method set forth on the Master Service List attached hereto as **Exhibit A** and (ii) via the method set forth on the Service List attached hereto as **Exhibit B**:

- **Notice of Agenda of Matters Scheduled for Hearing on July 9, 2024, at 10:00 A.M. (Prevailing Eastern Time) Before the Honorable Brendan L. Shannon [Docket No. 148]**

Dated: July 5, 2024

*/s/ Randy Lowry*
Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California  }
{                     } ss.
{County of Los Angeles}

Subscribed and sworn to (or affirmed) before me on this 5th day of July, 2024, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

*/s/ Carolyn K. Cashman*
Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

---

[1] A complete list of each of the Debtors in these chapter 11 cases and each such Debtor's federal tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://omniagentsolutions.com/Vyaire. The location of Debtor Vyaire Medical, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 26125 North Riverwoods Boulevard, Mettawa, Illinois, USA 60045.

# **EXHIBIT A**

**Exhibit A**
Master Service List

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| Top 30 | Advanced Printing | 649 S B St<br>Tustin, CA 92780-4317 | advprint@pacbell.net | Email |
| Top 30 | Aerotek Inc | 7301 Parkway Dr S<br>Hanover, MD 21076 | Mperalta@aerotek.com | Email |
| Top 30 | Amazon Web Services Inc | 410 Terry Ave N<br>Seattle, WA 98109-5210 | zapolsky@amazon.com | Email |
| agent of the DIP Facility and counsel thereto | Arent Fox LLP | 1717 K St NW<br>Washington, DC 20006-5344 | | First Class Mail |
| *NOA - Counsel to Wilmington Savings Fund Society, FSB as DIP Agent | ArentFox Schiff LLP | Attn: Jeffrey Gleit/Brett Goodman<br>1301 Ave of the Americas, 42nd Fl<br>New York, NY 10019 | jeffrey.gleit@afslaw.com<br>brett.goodman@afslaw.com | Email |
| *NOA - Counsel to Wilmington Savings Fund Society, FSB as DIP Agent | ArentFox Schiff LLP | Attn: Matthew Bentley<br>233 S Wacker Dr, Ste 7100<br>Chicago, IL 60606 | matthew.bentley@afslaw.com | Email |
| Attorney General | Arizona Attorney General's Office – CSS | P.O. Box 6123, MD 7611<br>Phoenix, AZ 85005-6123 | | First Class Mail |
| Top 30 | Aryaka Networks Inc | P.O. Box 610307<br>San Jose, CA 95161-0307 | support@aryaka.com | Email |
| *NOA - Counsel to Bank of America, N.A.in its capacity as the Administrative Agent and Collateral Agent under that certain First Lien Credit Agreement, dated as of April 16, 2018 | Ashby & Geddes, P.A. | Attn: Michael DeBaecke<br>500 Delaware Ave, 8th Fl<br>Wilmington, DE 19801 | MDeBaecke@ashbygeddes.com | Email |
| Top 30 | AssuredPartners Capital Inc | 200 International Cir, Ste 4500<br>Cockeysville, MD 21030-1338 | Stan.kinnett@assuredpartners.com | Email |
| Top 30 | Augusta Hitech Soft Solutions LLC | 5465 Legacy Dr, Ste 650<br>Plano, TX 75024-4171 | sales.info@augustahitech.com | Email |
| *NOA - Counsel for Ewald Fleet Solutions | Austria Legal, LLC | Attn: Matthew P. Austria<br>1007 N Orange St, 4th Fl<br>Wilmington, DE 19801 | maustria@austriallc.com | Email |
| First Lien Credit Agreement Agent and counsel thereto | Bank of America, N.A. | 135 S LaSalle St<br>Chicago, IL 60603-4157 | | First Class Mail |
| *NOA - Counsel to Kilmainham Holdings, LLC | Bayard, P.A. | Attn: Ericka Johnson/Steven Adler<br>600 N King St, Ste 400<br>Wilmington, DE 19801 | ejohnson@bayardlaw.com<br>sadler@bayardlaw.com | Email |
| Top 30 | BDO USA LLP | 5300 Patterson Ave SE, Ste 100<br>Grand Rapids, MI 49512-9626 | wberson@bdo.com | Email |
| *NOA - Counsel for Kuehne & Nagel Inc. | Bielli & Klauder, LLC | Attn: David Klauder<br>1204 N King St<br>Wilmington, DE 19801 | dklauder@bk-legal.com | Email |
| *NOA - Counsel to Zensar Technologies Inc. | Blank Rome LLP | Attn: Stanley Tarr/Lawrence R. Thomas III<br>Attn: Jordan Williams<br>1201 N Market St, Ste 800<br>Wilmington, DE 19801 | stanley.tarr@blankrome.com<br>lorenzo.thomas@blankrome.com<br>jordan.williams@blankrome.com | Email |
| Top 30 | Ceva Int'l Inc | 15350 Vickery Dr<br>Houston, TX 77032-2530 | Nola.kupu@cevalogistics.com | Email |
| Top 30 | Cognizant Technology Solutions US C | 500 Frank W Burr Blvd<br>Teaneck, NJ 07666-6804 | inquiry@cognizant.com | Email |
| *Committee of Unsecured Creditors | Cognizant Worldwide Ltd | Attn: Jessica Watts<br>300 Frank W Burr Blvd<br>Ste 36, 6th Fl<br>Teaneck, NJ 07666 | jessica.watts@cognizant.com | Email |
| Top 30 | Connexio Health LLC | 29 Industrial Park Dr<br>Binghamton, NY 13904-3201 | kkellam@mmcglobal.com | Email |
| Top 30 | Data Modul Inc | Attn: Carolyn Zatwarnicki<br>275 Marcus Blvd<br>Hauppauge, NY 11788 | czatwarnicki@data-modul.com | Email |
| *Committee of Unsecured Creditors | Data Modul, Inc | Attn: Thomas Klingl<br>275 Marcus Blvd, Unit R<br>Hauppauge, NY 11788 | tklingl@data-modul.com | Email |
| *Committee of Unsecured Creditors | David M. Lewis Company | Attn: Stephanie Lopez<br>20750 Ventura Blvd, Ste 300<br>Woodland Hills, CA 91364 | slopez@dlcinc.com | Email |
| Secretary of State | Delaware Secretary of State | Div of Corporations<br>Franchise Tax<br>P.O. Box 898<br>Dover, DE 19903 | | First Class Mail |
| Delaware State Treasury | Delaware State Treasury | 820 Silver Lake Blvd, Ste 100<br>Dover, DE 19904 | | First Class Mail |
| Top 30 | Dell Marketing LP | P.O. Box 676021<br>Dallas, TX 75267-6021 | Geraldine.tunnell@dell.com | Email |
| Top 30 | Dell Realty Co | 5215 Old Orchard Rd<br>Skokie, IL 60077-1035 | Jack.faintuch@dell.com | Email |
| Top 30 | DLC Inc | 20750 Ventura Blvd, Ste 300<br>Woodland Hills, CA 91364-6236 | svigeland@dlcinc.com | Email |
| Top 30 | Flexim US Corp | 1550 Madruga Ave, Ste 500<br>Coral Gables, FL 33146-3048 | jobrien@flexim.com | Email |
| Counsel to the 1L Ad Hoc Group | Gibson, Dunn & Crutcher LLP | 333 S Grand Ave<br>Los Angeles, CA 90071-1504 | | First Class Mail |
| First Lien Credit Agreement Agent and counsel thereto | Gibson, Dunn & Crutcher LLP | 333 S Grand Ave<br>Los Angeles, CA 90071-1504 | | First Class Mail |
| *NOA - Counsel to the 1L Ad Hoc Group | Gibson, Dunn & Crutcher LLP | Attn: Scott Greenberg/Jason Zachary Goldstein<br>Attn: Joshua Brody/Kevin Liang<br>200 Park Ave<br>New York, NY 10166-0193 | sgreenberg@gibsondunn.com<br>jgoldstein@gibsondunn.com<br>jbrody@gibsondunn.com<br>kliang@gibsondunn.com | Email |
| *NOA - Counsel for SunMed Group Holdings, LLC (d/b/a AirLife) | Goodwin Proctor LLP | Attn: Kizzy Jarashow/Alexander Nicas<br>Attn: Liza Burton/Amanda Schaefer<br>The New York Times Bldg<br>620 8th Ave<br>New York, NY 10018 | kjarashow@goodwinlaw.com<br>anicas@goodwinlaw.com<br>lburton@goodwinlaw.com<br>aschaefer@goodwinlaw.com | Email |

**Exhibit A**
**Master Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Counsel for Kuehne & Nagel Inc. | Halperin, Battaglia Benzija, LLP | Attn: Walter Benzija<br>40 Wall St, 37th Fl<br>New York, NY 10005 | wbenzija@halperinlaw.net | Email |
| Top 30 | Haynes & Boone LLP | 2801 N Harwood St<br>Dallas, TX 75201-1574 | sakina.foster@haynesboone.com | Email |
| *NOA - Counsel to Bank of America, N.A.in its capacity as the Administrative Agent and Collateral Agent under that certain First Lien Credit Agreement, dated as of April 16, 2018 | Haynes and Boone, LLP | Attn: Eli Columbus/J. Frasher Murphy<br>Attn: Matt Ferris<br>2801 N Harwood St, Ste 2300<br>Dallas, TX 75201 | Eli.Columbus@haynesboone.com<br>Frasher.Murphy@haynesboone.com<br>Matt.Ferris@haynesboone.com | Email |
| IRS | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br>(First Class Mail)<br><br>Attn: Centralized Insolvency Operation<br>2970 Market St<br>Mail Stop 5-Q30.133<br>Philadelphia, PA 19104-5016<br>(Overnight Mail) | | First Class Mail |
| Top 30 | ITD Corp | 2200 Touchpoint<br>Odessa, FL 33556 | salesusa@itd-cart.com | Email |
| Top 30 | Jabil Circuit Shanghai Ltd | 600 Tian Lin Rd<br>Shanghai, 200233<br>China | Bill_peters@jabil.com | Email |
| Top 30 | Linklaters LLP | Taunusanlage 8<br>Frankfurt Am Main, 60329<br>Germany | Michael.bennett@linklaters.com | Email |
| *NOA - Counsel for Data-Modul | Macco & Corey, P.C. | Attn: Peter Corey<br>2950 Express Dr S<br>Islandia, NY 11749 | pcorey@maccolaw.com | Email |
| *NOA - Proposed Counsel for the Official Committee of Unsecured Creditors | McDermott Will & Emery LLP | Attn: Darren Azman/Kristin Going<br>One Vanderbilt Ave<br>New York, NY 10017-3852 | kgoing@mwe.com<br>dazman@mwe.com | Email |
| *NOA - Proposed Counsel for the Official Committee of Unsecured Creditors | McDermott Will & Emery LLP | Attn: David R Hurst/Maris J Kandestin<br>The Brandywine Bldg<br>1000 NW St, Ste 1400<br>Wilmington, DW 19801 | dhurst@mwe.com<br>mkandestin@mwe.com | Email |
| *NOA - Counsel to Wilmington Savings Fund Society, FSB<br>as DIP Agent | Morris James LLP | Attn: Eric Monzo/Brya Keilson<br>Attn: Siena Cerra<br>500 Delaware Ave, Ste 1500<br>Wilmington, DE 19801 | emonzo@morrisjames.com<br>bkeilson@morrisjames.com<br>scerra@morrisjames.com | Email |
| Attorney General | Office of the Attorney General | 500 S 2nd St<br>Springfield, IL 62701 | | First Class Mail |
| Attorney General | Office of the Attorney General | 601 S University Ave<br>Carbondale, IL 62901 | | First Class Mail |
| Attorney General | Office of the Attorney General | 800 5th Ave, Ste 2000<br>Seattle, WA 98104 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Aaron Frey<br>State House, Stn 6<br>Augusta, ME 04333 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Alan Wilson<br>Rembert D Dennis Office Bldg<br>P.O. Box 11549<br>Columbia, SC 29211-1549 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Andrew Bailey<br>815 Olive St, Ste 200<br>St Louis, MO 63101 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Andrew Bailey<br>615 E 13th St, Ste 401<br>Kansas City, MO 64106 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Andrew Bailey<br>2311 Bloomfield St, Ste 106<br>Cape Girardeau, MO 63703 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Andrew Bailey<br>Supreme Court Bldg<br>207 W High St<br>Jefferson City, MO 65101 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Ariel M Smith<br>Dept of Justice<br>3438 Kronprindsens Gade GERS Bldg, 2nd Fl<br>St Thomas, VI 00802 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Ashley Moody<br>The Capital, PL 01<br>Tallahassee, FL 32399-1050 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Brian Schwalb<br>400 6th St NW<br>Washington, DC 20001 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Bridget Hill<br>State Capitol Bldg<br>Cheyenne, WY 82002 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Chris Carr<br>40 Capital Sq SW<br>Atlanta, GA 30334-1300 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Daniel Cameron<br>700 Capitol Ave, Ste 118<br>Capitol Bldg<br>Frankfort, KY 40601 | | First Class Mail |

**Exhibit A**
Master Service List

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| Attorney General | Office of the Attorney General | Attn: Dave Yost<br>State Office Tower<br>30 E Broad St<br>Columbus, OH 43266-0410 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Domingo Emanuelli Hernandez<br>P.O. Box 9020192<br>San Juan, PR 00902-0192 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Douglas Moylan<br>ITC Bldg<br>590 S Marine Corps Dr, Ste 706<br>Tamuning, GU 96913 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Edward Manibussan<br>Administration Bldg<br>P.O. Box 10007<br>Saipan, MP 96950-8907 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Fainu'ulelei Falefatu Ala'ilima-Utu<br>American Samoa Gov't, Exec Ofc Bldg<br>Utulei<br>Pago Pago, AS 96799 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Gentner Drummond<br>313 NE 21st St<br>Oklahoma City, OK 73105 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Hector Balderas<br>P.O. Drawer 1508<br>Santa Fe, NM 87504-1508 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Herbert H Slattery, III<br>P.O. Box 20207<br>Nashville, TN 37202-0207 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Jeff Landry<br>P.O. Box 94095<br>Baton Rouge, LA 70804-4095 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Jonathan Skrmetti<br>425 5th Ave N<br>Nashville, TN 37243 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Josh Kaul<br>Wisconsin Dept of Justice<br>State Capital, Rm 114 E<br>P.O. Box 7857<br>Madison, WI 53707-7857 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Josh Stein<br>Dept of Justice<br>P.O. Box 629<br>Raleigh, NC 27602-0629 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Keith Ellison<br>State Capital<br>75 Dr Martin Luther King Jr Blvd, Ste 102<br>St Paul, MN 55155 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Ken Paxton<br>Capital Station<br>P.O. Box 12548<br>Austin, TX 78711-2548 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Kris Kobach<br>120 SW 10th Ave, 2nd Fl<br>Topeka, KS 66612-1597 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Kwame Raoul<br>James R Thompson Ctr<br>100 W Randolph St<br>Chicago, IL 60601 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Letitia A James<br>Dept of Law<br>The Capitol, 2nd Fl<br>Albany, NY 12224 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Lynn Fitch<br>Dept of Justice<br>P.O. Box 220<br>Jackson, MS 39205 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Marty Jackley<br>1302 E Hwy 14, Ste 1<br>Pierre, SD 57501-8501 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Mathew J Platkin<br>Richard J Hughes Justice Complex<br>25 Market St<br>P.O. Box 080<br>Trenton, NJ 08625 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Michelle A Henry<br>Strawberry Sq, 16th Fl<br>Harrisburg, PA 17120 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Patrick Morrisey<br>State Capitol<br>1900 Kanawha Blvd E<br>Charleston, WV 25305 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Peter F Neronha<br>150 S Main St<br>Providence, RI 02903 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Phil Weiser<br>Ralph L Carr Colorado Judicial Ctr<br>1300 Broadway, 10th Fl<br>Denver, CO 80203 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Rob Bonta<br>1300 I St, Ste 1740<br>Sacramento, CA 95814 | | First Class Mail |

**Exhibit A**
**Master Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| Attorney General | Office of the Attorney General | Attn: Steve Marshall<br>State of Alabama<br>501 Washington Ave<br>P.O. Box 300152<br>Montgomery, AL 36130-0152 | | First Class Mail |
| Attorney General | Office of the Attorney General | California Dept of Justice<br>P.O. Box 944255<br>Sacramento, CA 94244-2550 | | First Class Mail |
| Attorney General | Office of the Attorney General | Consumer Law Section<br>Attn: Bankruptcy Notices<br>455 Golden Gate Ave, Ste 11000<br>San Francisco, CA 94102-7004 | | First Class Mail |
| Attorney General | Office of the Attorney General | Supreme Court Bldg<br>P.O. Box 899<br>Jefferson City, MO 65102 | | First Class Mail |
| Attorney General | Office of the Attorney General | Walter Sillers Bldg<br>550 High St, Ste 1200<br>Jackson, MS 39201 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Aaron D Ford<br>Old Supreme Court Bldg<br>100 N Carson St<br>Carson City, NV 89701 | aginfo@ag.nv.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Kris Mayes<br>2005 N Central Ave<br>Phoenix, AZ 85004 | AGInfo@azag.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Mike Hilgers<br>State Capitol<br>P.O. Box 98920<br>Lincoln, NE 68509-8920 | ago.info.help@nebraska.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Charity R Clark<br>109 State St<br>Montpelier, VT 05609-1001 | ago.info@vermont.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Andrea Campbell<br>1 Ashburton Pl, 20th Fl<br>Boston, MA 02108-1698 | ago@state.ma.us | Email |
| Attorney General | Office of the Attorney General | Attn: Andrea Campbell<br>10 Mechanic St, Ste 301<br>Worcester, MA 01608 | ago@state.ma.us | Email |
| Attorney General | Office of the Attorney General | Attn: Andrea Campbell<br>105 William St, 1st Fl<br>New Bedford, MA 02740 | ago@state.ma.us | Email |
| Attorney General | Office of the Attorney General | Attn: Andrea Campbell<br>1441 Main St, 12th Fl<br>Springfield, MA 01103 | ago@state.ma.us | Email |
| Attorney General | Office of the Attorney General | Attn: Raúl Labrador<br>700 W Jefferson St, Ste 210<br>P.O. Box 83720<br>Boise, ID 83720-1000 | AGWasden@ag.idaho.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Treg Taylor<br>1031 W 4th Ave, Ste 200<br>Anchorage, AK 99501-1994 | attorney.general@alaska.gov | Email |
| Attorney General | Office of the Attorney General | Attn: William Tong<br>165 Capitol Ave<br>Hartford, CT 06106 | attorney.general@ct.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Kathy Jennings<br>Carvel State Office Bldg<br>820 N French St<br>Wilmington, DE 19801 | attorney.general@delaware.gov | Email |
| Attorney General | Office of the Attorney General | Attn: John Formella<br>33 Capitol St<br>Concord, NH 03301 | attorneygeneral@doj.nh.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Ellen F Rosenblum<br>Justice Bldg<br>1162 Court St NE<br>Salem, OR 97301 | attorneygeneral@doj.state.or.us | Email |
| Attorney General | Office of the Attorney General | Attn: Todd Rokita<br>Indiana Govt Ctr S<br>302 W Washington St, 5th Fl<br>Indianapolis, IN 46204 | Constituent@atg.in.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Brenna Bird<br>Hoover State Office Bldg<br>1305 E Walnut<br>Des Moines, IA 50319 | consumer@ag.iowa.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Jason Miyares<br>202 N 9th St<br>Richmond, VA 23219 | Contact@Virginia.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Austin Knudsen<br>Justice Bldg, 3rd Fl<br>215 N Sanders<br>Helena, MT 59620-1401 | contactdoj@mt.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Anne E Lopez<br>425 Queen St<br>Honolulu, HI 96813 | hawaiiag@hawaii.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Dana Nessel<br>P.O. Box 30212<br>525 W Ottawa St<br>Lansing, MI 48909-0212 | miag@michigan.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Dana Nessel<br>Cadillac Place, 10th Fl<br>3030 W Grand Blvd<br>Detroit, MI 48202 | miag@michigan.gov | Email |

**Exhibit A**
Master Service List

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| Attorney General | Office of the Attorney General | Attn: Drew Wrigley<br>State Capital<br>600 E Boulevard Ave<br>Bismarck, ND 58505-0040 | ndag@nd.gov | Email |
| Attorney General | Office of the Attorney General | 345 State Capitol<br>Lincoln, NE 68509 | nedoj@nebraska.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Tim Griffin<br>323 Center St, Ste 200<br>Little Rock, AR 72201-2610 | oag@ArkansasAG.gov | Email |
| Attorney General | Office of the Attorney General | 441 4th St NW, Ste 1100 S<br>Washington, DC 20001 | oag@dc.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Anthony G Brown<br>200 St Paul Pl<br>Baltimore, MD 21202-2202 | oag@oag.state.md.us | Email |
| Attorney General | Office of the Attorney General | Attn: Bob Ferguson<br>1125 Washington St SE<br>P.O. Box 40100<br>Olympia, WA 98504-0100 | serviceATG@atg.wa.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Sean Reyes<br>State Capitol, Rm 236<br>Salt Lake City, UT 84114-0810 | uag@agutah.gov | Email |
| *NOA - Counsel to the 1L Ad Hoc Group | Pachulski Stang Ziehl & Jones LLP | Attn: Laura Davis Jones/Timothy Cairns<br>919 N Market St, 17th Fl<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 | ljones@pszjlaw.com<br>tcairns@pszjlaw.com | Email |
| Second Lien Credit Agreement Agent and counsel thereto | Paul, Weiss, Rifkind, Wharton & Garrison LLP | 1285 Ave of the Americas<br>New York, NY 10019 | | First Class Mail |
| *NOA - Counsel for SunMed Group Holdings, LLC (d/b/a AirLife) | Potter Anderson & Corroon LLP | Attn: L. Katherine Good/Aaron Stulman<br>1313 N Market St, 6th Fl<br>Wilmington, DE 19801 | kgood@potteranderson.com<br>astulman@potteranderson.com | Email |
| Top 30 | Presidio Holdings Inc | c/o Presidio Networked Solutions Group<br>12100 Sunset Hills Rd, Ste 300<br>Reston, VA 20190-3295 | elliotbrecher@presidio.com | Email |
| *Committee of Unsecured Creditors | Presido | Attn: Jay Staples<br>One Penn Plz, Ste 2501<br>New York, NY 10119 | jstaples@presido.com | Email |
| Top 30 | Real Staffing Group | Attn: Devin Elliot<br>2 Houston Ctr<br>909 Fannin, Ste P-350<br>Houston, TX 77010 | d.elliott@realstaffing.com | Email |
| Top 30 | Restructuring Partners & Associates LLC | 1 Rockefeller Plz, 10th Fl<br>New York, NY 10020 | nkleinschmidt@rpaadvisors.com | Email |
| Top 30 | Salesforce.com Inc | 1 Market St, Ste 300<br>San Francisco, CA 94105-1315 | Sabastian.Niles@salesforce.com | Email |
| SEC | Securities & Exchange Commission | 100 F St NE<br>Washington, DC 20549 | | First Class Mail |
| SEC | Securities & Exchange Commission | New York Regional Office<br>Attn: Andrew Calamari, Regional Director<br>200 Vesey St, Ste 400<br>New York, NY 10281-1022 | | First Class Mail |
| Top 30 | Sunmed Group Holdings LLC | c/o Airlife<br>2710 Northridge Dr NW, Ste 1<br>Grand Rapids, MI 49544-9112 | info@myairlife.com | Email |
| *Committee of Unsecured Creditors | Sunmed Group Holdings, LLC (d/b/a AirLife) | Attn: Caitlin Anderson<br>2710 Northridge Drive NW<br>Grand Rapids, MI 49544 | canderson@myairlife.com | Email |
| Top 30 | The Alexander Group | 8155 E Indian Bend Rd, Ste 111<br>Scottsdale, AZ 85250-4827 | ewalsmann@alexandergroup.com | Email |
| *NOA - Counsel for Data-Modul | The Rosner Law Group LLC | Attn: Frederick B. Rosner/Zhao (Ruby) Liu<br>824 N Market St, Ste 810<br>Wilmington, DE 19801 | rosner@teamrosner.com<br>liu@teamrsoner.com | Email |
| Top 30 | TICIC Sub LLC | c/o The Irvine Co LLC<br>P.O. Box 847013<br>Los Angeles, CA 90084-7013 | JMaxwell@irvinecompany.com | Email |
| US Attorney's Office | United States Attorney's Office | District of Delaware<br>1313 N Market St<br>Wilmington, DE 19801 | | First Class Mail |
| US Trustee | US Trustee for the District of Delaware | 844 N King St, Rm 2207<br>Wilmington, DE 19801 | | First Class Mail |
| Top 30 | Vincent Medical | Flat B2/C2 7/F<br>Hung Hom, Kowoloon, HK<br>Hong Kong | Raymond@vincentmedical.com | Email |
| Top 30 | Vizient Inc | 290 E John Carpenter Fwy<br>Irving, TX 75062 | vizientsupport@vizientinc.com | Email |
| *Committee of Unsecured Creditors | Vizient, Inc. | Attn: Michael Clark<br>290 E John Carpenter Fwy<br>Irving, TX 75062 | michael.clark@vizientinc.com | Email |
| Agent of the DIP Facility and counsel thereto | Wilmington Savings Fund Society, FSB | 1100 N Market St<br>Wilmington, DE 19890 | | First Class Mail |
| Top 30 | Workday Inc | 6110 Stoneridge Mall Rd<br>Pleasanton, CA 94588-3260 | Michael.magaro@workday.com | Email |
| Top 30 | Zensar Technologies Inc | 55 W Monroe St, Ste 1200<br>Chicago, IL 60603-5127 | connect@zensar.com | Email |
| *Committee of Unsecured Creditors | Zensar Technologies Inc. | Attn: Sasha Azar<br>2 Research Way<br>Princeton, NJ 08540 | legal@zensar.com | Email |

# **EXHIBIT B**

**Exhibit B**
Service List

| Name | Attention | Email Address | Method of Service |
|---|---|---|---|
| BIELLI & KLAUDER, LLC | David M. Klauder, Esquire | dklauder@bk-legal.com | Email |
| HALPERIN BATTAGLIA BENZIJA, LLP | Walter Benzija, Esquire | wbenzija@halperinlaw.net | Email |