IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| VYAIRE MEDICAL, INC., *et al.*,[1] | Case No. 24-11217 (BLS) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on July 12, 2024, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit A**:

- **Notice of Bidding Procedures, Auction, and Sale Hearing [Docket No. 255]**

Dated: July 16, 2024

_____
Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California      }
{                         } ss.
{County of Los Angeles    }

Subscribed and sworn to (or affirmed) before me on this 16th day of July, 2024, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

---

[1] A complete list of each of the Debtors in these chapter 11 cases and each such Debtor's federal tax identification number may be obtained on the website of the Debtors' proposed claims and noticing agent at https://omniagentsolutions.com/Vyaire. The location of Debtor Vyaire Medical, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 26125 North Riverwoods Boulevard, Mettawa, Illinois, USA 60045.

# EXHIBIT A

**Exhibit A**

Service List

| Name | Address | Email | Method of Service |
|---|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Name Redacted 18217 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 18225 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 18240 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 18241 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 18247 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 18334 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 18642 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 18659 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 18661 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 18662 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 18667 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 18670 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 18671 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 18675 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 18676 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 18680 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 18696 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 18702 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 18739 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 18770 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 18820 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 18885 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 19153 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 19218 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 19233 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 19275 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 19346 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 19350 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 19463 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 19498 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 19907 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 19947 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 20044 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 20148 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 20156 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 20247 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 20253 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 20262 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 20269 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 20270 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 20277 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 20287 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 20290 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 20295 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 20302 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 20306 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 20313 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 20321 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 20326 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 20327 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 20328 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 20337 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 20342 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 20345 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 20347 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 20366 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 20417 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 20433 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 20442 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 20446 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 20458 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 20478 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 20506 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 20516 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 20521 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 20527 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 20532 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 20548 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 20553 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 20558 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 20566 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 20581 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 20588 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 20590 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 20593 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 20600 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 20602 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 20611 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 20631 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 20648 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 20649 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 20893 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 21046 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 21133 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 21343 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 21647 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 21657 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 21697 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 21872 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 21880 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 21907 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 21911 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 21917 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 21936 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 22108 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 22126 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 22133 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 22150 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 22157 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 22377 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 22379 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 22380 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 22381 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 22382 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 22395 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 22405 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 22413 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 22414 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 22432 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 22443 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 22447 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 22450 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 22453 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 22454 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 22466 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 22471 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 22929 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 23176 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 23188 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 23193 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 23195 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 23201 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 23327 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 23347 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 23359 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 23368 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 23411 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 23516 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 23518 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 23523 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 23526 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 23531 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 23539 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 23540 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 23541 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 23547 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 23553 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 23557 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 23561 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 23567 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 23576 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 3011 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 306 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 4551 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 4679 | Address Redacted | | | | | Email Address Redacted | EmailFirst-Class Mail |
| Name Redacted 672 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 691 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 7665 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 767 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 7680 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 7737 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 7769 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 7770 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 7773 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 7861 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 7970 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 813 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 815 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 878 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 886 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 906 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 908 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 921 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 926 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 935 | Address Redacted | | | | | | First -Class Mail |
| Name Redacted 950 | Address Redacted | | | | | | First -Class Mail |
| Nami Azar Md | Address Redacted | | | | | | First -Class Mail |
| Namsa Medical Research Organization | 400 Hwy 169 S, Ste 500 | Minneapolis, MN 55426 | | | | | First -Class Mail |
| Namsa OH | Address Redacted | | | | | | First -Class Mail |
| Namsa Oh | Address Redacted | | | | | | First -Class Mail |
| Nan Jong Trading Co., Ltd. | No 69 Section 1, Kaifong St Zhongzheng Dist | Taipei City 100001 | Taiwan | | | | First -Class Mail |
| Nanchang Jianle Medical Instrument Co., Ltd | No 258, Meiling Road, High-Tech Zone | Nanchang, Jiangxi | China | | | | First -Class Mail |
| Nanchang Jianle Medical Instrument Co., Ltd | No 258, Meiling Road, High-Tech Zone, Nanchang, Jiangxi, China | Nanchang, Jiangxi | China | | | | First -Class Mail |
| Nanchang Renpeng Trading Co. Ltd. | No 69, Lidu Avenue | Lidu Town | Nanchang, Jiangxi Province | China | | | First -Class Mail |
| Nancy Hulme | Address Redacted | | | | | | First -Class Mail |
| Nanette L Wilson | Address Redacted | | | | | | First -Class Mail |
| Nanjing Dongmiao Technology Co., Ltd. | No 12, Xiongzhou Industrial Park | Nanjing, Jiangsu | China | | | | First -Class Mail |
| Nanjing Lianghui Medical Instrucment Co.,Ltd. | Room 1005, Unit 1, Building 1, No 1 Hongsheng Road | Jiangbei New Area, Nanjing City | China | | | | First -Class Mail |
| NanoScience Instruments | 9831 S 51st St | Phoenix, AZ 85044 | | | | | First -Class Mail |
| Narasimhan Jagannathan Md | Address Redacted | | | | | | First -Class Mail |
| Narrative Strategies LLC | 1401 H St NW, Ste 750 | Washington, DC 20005-2022 | | | | | First -Class Mail |
| Nash General Hospital | 2460 Curtis Ellis Dr | Rocky Mount, NC 27804 | | | | | First -Class Mail |
| Nat Sclafani | Address Redacted | | | | | | First -Class Mail |
| Natalie Beth Davis | Address Redacted | | | | | | First -Class Mail |
| Natchitoches Regional Med Ctr | 501 Keyser Ave | Natchitoches, LA 71457 | | | | | First -Class Mail |
| Natel Engineering Co Dba Neo Tech | 9340 Owensmouth Ave | Chatsworth, CA 91311 | | | | | First -Class Mail |
| Nathan Lake | Address Redacted | | | | | | First -Class Mail |
| Nathan Welch | Address Redacted | | | | | | First -Class Mail |
| Nathen B Galvin | Address Redacted | | | | | | First -Class Mail |
| National Assoc of Boards of Pharmacy (NABP) | Attn: Customer Svc | 1600 Feehanville Dr | Mt Prospect, IL 60056 | | | custserv@nabp.net | EmailFirst-Class Mail |
| National Assoc of Boards of Pharmacy (Nabp) | 1600 Feehanville Dr | Mt Prospect, IL 60056-6014 | | | | | First -Class Mail |
| National Breast Cancer Foundation I | 2600 Network Blvd, Ste 300 | Frisco, TX 75034-6010 | | | | | First -Class Mail |
| National Cable Molding Division Of National Wire And Cable Corporation | 136 San Fernando Rd | Los Angeles, CA 90031 | | | | | First -Class Mail |
| National Center For Medical Supplies | 21 Saeid Lamber Street | AL-Bayader, Industrial Zone, Beside the Civil Defense Bldg | P.O. Box 649 | Amman 11831 | Jordan | | First -Class Mail |
| National Center For Medical Supplies | 21 Saeid Lamber St, AL-Bayader | Indust Zone, Beside the Civil Defense Bldg | P.O. Box 649 | Amman 11831 | Jordan | | First -Class Mail |
| National Distributing & Contracting, Inc. Dba Ndc Homecaare | 402 Bna Dr, Ste 500 | Nashville, TN 37217 | | | | | First -Class Mail |
| National Distributing Contracting | 402 Bna Dr, Ste 500 | Nashville, TN 37217 | | | | | First -Class Mail |
| National Electro-Tech Pvt Limited | 2nd Fl, House No 283 | Devkota Sadak, New Baneshwor | P.O. Box 9970 | Kathmandu | Nepal | | First -Class Mail |
| National Electro-Tech Pvt. Limited | 2Nd Floor, House No 283 | Devkota Sadak, New Baneshwor | P.O. Box 9970 | Kathmandu | Nepal | | First -Class Mail |
| National Fire Suppression | c/o Western States Fire Protection Co | 54 Worthington Access Dr | Maryland Heights, MO 63043-3806 | | | | First -Class Mail |
| National Instruments | P.O. Box 202262 | Dallas, TX 75320-2262 | | | | | First -Class Mail |
| National Instruments | 11500 N Mopac Expwy | Austin, TX 78759 | | | | | First -Class Mail |
| National Instruments | 11500 N Mopac Expressway | Austin, TX 78759-3504 | | | | | First -Class Mail |
| National Instruments Corp | Nationa | P.O. Box 202262 | Dallas, TX 75320-2262 | | | | First -Class Mail |
| National Pump & Compressor Ltd | 3385 W Cardinal Dr | Beaumont, TX 77705-4416 | | | | | First -Class Mail |
| National Records Storage Inc | 1433 Strassner Dr | St Louis, MO 63144-1848 | | | | | First -Class Mail |
| National Technical System | 24007 Ventura Blvd, Ste 200 | Calabasas, CA 91302 | | | | | First -Class Mail |
| National Union Fire Ins Co of Pittsburgh, PA | 1271 Ave of the Americas, 35th Fl | New York, NY 10020-1304 | | | | | First -Class Mail |
| National Union Fire Insurance Company Of Pittsburgh, | 1650 Market St, Ste 3900 | Philadelphia, PA 19103 | | | | | First -Class Mail |
| Nationwide Children's Hospital | 700 Childrens Dr | Columbus, OH 43205-2664 | | | | | First -Class Mail |
| Natixis North America Llc | 1251 Ave Of The Americas | New York, NY, 10020 | | | | | First -Class Mail |
| Natixis, New York Branch | 1251 Ave of the Americas | New York, NY 10020 | | | | | First -Class Mail |
| Natrel Communications Inc | 119 Cherry Hill Rd | Parsippany, NJ 07054-1117 | | | | | First -Class Mail |
| Naturs Design, Inc. | 274 W Cortland St | Jackson, MI 49201 | | | | | First -Class Mail |
| Natvar Plastic Specialties & Techno | 2870 Paysphere Cir | Chicago, IL 60674-0028 | | | | | First -Class Mail |
| Natvar-Plastic Specialties & Technologies | 19555 E Arenth Ave | City Of Industry, CA 91748 | | | | | First -Class Mail |
| Nava, Stefano (Italy) | Via Giuseppe Massarenti, 9 | Bologna 40138 | Italy | | | | First -Class Mail |
| Navarro County Collector | P.O. Box 1070 | Corsicana, TX 75151-1070 | | | | | First -Class Mail |
| Navex Global Inc | 5500 Meadows Rd, Ste 500 | Lake Oswego, OR 97035-3626 | | | | | First -Class Mail |
| Navex Global, Inc. | 5500 Meadows Rd, Ste 500 | Lake Oswego, OR 97035 | | | | | First -Class Mail |
| Navicent Health Baldwin | 821 N Cobb St | Milledgeville, GA 31061 | | | | | First -Class Mail |
| Navigant Consulting, Inc. | 1180 Peachtree St Ne, Ste 1900 | Atlanta, GA 30309 | | | | | First -Class Mail |
| Navigational Logistics Inc | 14735 183rd St | Springfield Gardens, NY 11413-4011 | | | | | First -Class Mail |
| Nazdar West | 11821 Western Ave | Garden Grove, CA 92841-2119 | | | | | First -Class Mail |
| Nb Ventures, Inc. Dba Gep | 100 Walnut Ave, Ste 304 | Clark, NJ 07066 | | | | | First -Class Mail |
| Ncavir | 9421 Concord Church Rd | Lewisville, NC 27023-8105 | | | | | First -Class Mail |
| Nch Healthcare System | c/o Receiving | 350 7th ST N | Naples, FL 34102 | | | | First -Class Mail |
| ND Industries Inc | P.O. Box 674728 | Detroit, MI 48267-4728 | | | | | First -Class Mail |
| Nd Industries Inc | 1675 Providence Blvd, Ste A | Deltona, FL 32725-4950 | | | | | First -Class Mail |
| ND Office of State Tax Commissioner | P.O. Box 5623 | Bismarck, ND 58506-5623 | | | | | First -Class Mail |
| NDC Technologies Inc | 8001 Technology Blvd | Dayton, OH 45424-1568 | | | | | First -Class Mail |
| Neal Feay Co | Attn: Alex Rasmossen | 133 S La Patera Ln | Goleta, CA 93117 | | | alex@nealfeay.com | EmailFirst-Class Mail |
| Nebraska Dept of Revenue | P.O. Box 98923 | Lincoln, NE 68509-8923 | | | | | First -Class Mail |
| Nebraska Dept of Revenue | P.O. Box 94818 | Lincoln, NE 68509-4818 | | | | | First -Class Mail |
| Nebraska Methodist Health System, Inc. | 825 S 169Th St | Omaha, NE 68118 | | | | | First -Class Mail |
| Nebutec | Kreuzfeldring 17 | 63820 Elsenfeld | Germany | | | | First -Class Mail |
| Nectar | 1332 Gladys Ave | long Beach, CA 90804 | | | | | First -Class Mail |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Paul William Corey | Address Redacted | | | | | | First -Class Mail |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP | 1285 Ave of the Americas | New York, NY 10019 | | | | | First -Class Mail |
| Pauline Lieu | Address Redacted | | | | | | First -Class Mail |
| Paulson Training Programs Inc | 3 Inspiration Ln | Chester, CT 06412-1356 | | | | | First -Class Mail |
| Pavel Crystal | Address Redacted | | | | | | First -Class Mail |
| Pavese AG | Attn: Enzo Pavese | Zellgut 10 | Schenkon, 6214 | Switzerland | | Enzo@pavese.ch | First -Class Mail |
| Pavese Ag | Attn: Enzo Pavese | Zellgut 10 | Schenkon, 6214 | Switzerland | | | First -Class Mail |
| Pavese Ag | Zellgut 10 | 6214 Schenkon | Switzerland | | | | First -Class Mail |
| Pax Industries | Attn: Armando Martinez | 1561 W Macarthur Industries | Costa Mesa, CA 92626 | | | armando@paxindustries.com | EmailFirst-Class Mail |
| Pax Industries | Attn: Armando Martinez | 1561 W Macarthur Industries | Costa Mesa, CA 92626 | | | | First -Class Mail |
| Paxton, Shreve & Hays, Inc | 2191 Main St | San Diego, CA 92113 | | | | | First -Class Mail |
| Payman Zamani | Address Redacted | | | | | | First -Class Mail |
| Paymetric Inc | c/o Paymetric Now Worldplay | 8500 Governors Hill Dr | Symmes Twp, OH 45249-1384 | | | | First -Class Mail |
| Paymetric, Inc | 300 Colonial Center Pkwy, Ste 130 | Roswell, GA 30076 | | | | | First -Class Mail |
| PB Associates | 2 Castle Business Village | Station Rd | Hampton Middlesex TW12 2BX | United Kingdom | | | First -Class Mail |
| PC Mall | File 55327 | Los Angeles, CA 90074-5327 | | | | | First -Class Mail |
| Pc Mall | 2555 W 190th St | Torrance, CA 90504 | | | | | First -Class Mail |
| PCM Sales Inc | fka PC Mall Business Solutions | Attn: Mark Severson | 1940 E Mariposa Ave | El Segundo, CA 90245 | | mark.severson@pcm.com | EmailFirst-Class Mail |
| PCS Co | Dept 771831 | P.O. Box 77000 | Detroit, MI 48277-1831 | | | | First -Class Mail |
| Pcs Co | 34488 Doreka Dr | Fraser, MI 48026 | | | | | First -Class Mail |
| Pdc Laboratories Inc | 2231 W Altorfer Dr | Peoria, IL 61615-1807 | | | | | First -Class Mail |
| Pdi Distribution Services Llc (Provider Supply Chain Services Llc) | 4050 Jackson Pointe Ct | Zelienople, PA 16063 | | | | | First -Class Mail |
| Peacehealth | 1115 SE 164th Ave, Dept 322 | Vancouver, WA 98683-8002 | | | | | First -Class Mail |
| Peacehealth | 1115 SE 164th Ave | Vancouver, WA 98683 | | | | | First -Class Mail |
| Peachtree Surgical And | 4200 Northside Pkwy Bldg 8 Bariatric PC | Atlanta, GA 30327 | | | | | First -Class Mail |
| Peak Automation | Attn: Werner Foltz | 11414 Cockleburr Rd | Roanoke, TX 76262-5782 | | | | First -Class Mail |
| Peak-Ryzex, Inc | Attn: Brenda Dymond | 10330 Old Columbia Rd | Columbia, OH 21046 | | | brenda.dymond@peak-ryzex.com | EmailFirst-Class Mail |
| Peak Technical Services Inc | 583 Epsilon Dr | Pittsburgh, PA 15238-2816 | | | | | First -Class Mail |
| Peak Technical Staffing Usa | 583 Epsilon Dr | Pittsburgh, PA 15238 | | | | | First -Class Mail |
| Peak Technical Svcs Inc | Attn: Fred Aiello | 583 Epsilon Dr | Pittsburgh, PA 15238 | | | Fredaiello@peaktechnical.com | EmailFirst-Class Mail |
| Peak To Peak Medical Llc | 101 Model T Rd | Boulder, CO 80302 | | | | | First -Class Mail |
| Peak To Peak Medical LLC | 101 Model T Rd | Boulder, CO 80302-9796 | | | | | First -Class Mail |
| Peakon | Frederiksberggade 11 | 1st Floor | 1459 Copenhagen K | Denmark | | | First -Class Mail |
| Peakon Aps | Frederiksberggade 11, 1st Fl | Copenhagen, 1459 | Denmark | | | | First -Class Mail |
| Pediatric Academic Societies | 3400 Research Forest Dr, Ste B-7 | The Woodlands, TX 77381 | | | | info@pas-meeting.org | EmailFirst-Class Mail |
| Pediatric Academic Societies Inc | 9303 New Trails Dr, Ste 350 | The Woodlands, TX 77381-5018 | | | | | First -Class Mail |
| Pediatric Home Respiratory Services, Llc | 2800 Cleveland Ave N | Roseville, MN 55113 | | | | | First -Class Mail |
| Pednar | 1823 Enterprise Way | Monrovia, CA 91016 | | | | | First -Class Mail |
| Pednar Products Inc | P.O. Box 661569 | Arcadia, CA 91066-1569 | | | | | First -Class Mail |
| Pednar Products Inc | 13130 Spring St | Baldwin Park, CA 91706-2283 | | | | | First -Class Mail |
| Pegamentos Ind Galileo | Blvd Lopez Mateos 2257 | Mexicali, BC 21360 | Mexico | | | | First -Class Mail |
| Pelican Industries & Fabricating Co Inc. | 2225 S 8th St | Mikeaukee, WI 53172 | | | | | First -Class Mail |
| Pelonis Technologies Inc. | 444 Creamery Way, Ste 500 | Exton, PA 19341 | | | | | First -Class Mail |
| Pelonis Technologies, Inc | Attn: Sam Pelonis | 444 Creamery Way, Ste 500 | Exton, PA 19341 | | | | First -Class Mail |
| Pelonis/Pelko | Attn: Sam Pelonis | 444 Creamery Way, Ste 500 | Exton, PA 19341 | | | spelonis@pelonistech.com | EmailFirst-Class Mail |
| Pemiscot Memorial Hospital | 946 E Reed St | Hayti, MO 63851 | | | | | First -Class Mail |
| Pender Community Hospital | 100 Hospital Dr | Pender, NE 68047 | | | | | First -Class Mail |
| Pendry San Diego | c/o Rgc Gaslamp LLC | 550 J St | San Diego, CA 92101-7020 | | | | First -Class Mail |
| Peninsula Regional Medical Center | 100 E Carrole St | Salisbury, MD 21801 | | | | | First -Class Mail |
| Penn Corporate Relocation Services | 1515 W Mable St | Anaheim, CA 92802 | | | | | First -Class Mail |
| Pennoyer Dodge Company | 6650 San Fernando Rd | Glendale, CA 91201 | | | | | First -Class Mail |
| Pennoyer-Dodge Co | P.O. Box 5105 | Glendale, CA 91221-1017 | | | | | First -Class Mail |
| Pennoyer-Dodge Co | 6650 San Fernando Rd | Glendale, CA 91201-1745 | | | | | First -Class Mail |
| Pennsylvania Assoc For Thoracic Srg | 830 Old Lancaster Rd, Ste 210 | Bryn Mawr, PA 19010-3118 | | | | | First -Class Mail |
| Pennsylvania Capital Region Ons Cha | c/o Diane Mcelwain, York Cancer Ctr | 25 Monument Rd, Ste 194 | York, PA 17403-5049 | | | | First -Class Mail |
| Pennsylvania Dept of Health | Pennsylvania Dept of Health, Health & Welfare Bldg | 625 Forster St, 8th Fl | W Harrisburg, PA 17120 | | | | First -Class Mail |
| Pennsylvania Dept of Revenue | P.O. Box 280427 | Harrisburg, PA 17128-0427 | | | | | First -Class Mail |
| Pennsylvania Dept of Revenue | P.O. Box 280905 | Harrisburg, PA 17128-0905 | | | | | First -Class Mail |
| Pennsylvania Hospital | 800 Spruce St | Philadelphia, PA 19107 | | | | | First -Class Mail |
| Pennsylvania State University | 201 Old Main | University Park, PA 16802 | | | | | First -Class Mail |
| PennWell Co | Attn: Mark Fisher | 1421 S Sheridan Rd | Tulsa, CA 74112 | | | | First -Class Mail |
| Penrod Software Llc | 219 N Milwaukee St, Ste 250 | Milwaukee, WI 53202 | | | | | First -Class Mail |
| Pentad Design Co | Attn: Aaron London | 1371 Warner Ave, Ste C | Tustin, CA 92780 | | | alondon@pentaddesign.com | EmailFirst-Class Mail |
| Pentad Design Corp | 1371 Warner Ave, Ste C | Tustin, CA 92780-6448 | | | | | First -Class Mail |
| Pentair Filtration Solutions | Attn: Carlos Rincon-Toro | 1350 Hammond Rd | St Paul, MN 55110 | | | carlos.rincon-toro@pentair.com | EmailFirst-Class Mail |
| Pentair Filtration Solutions LLC | Attn: Carlos Rincon-Toro | 1350 Hammond Rd | St Paul, MN 55110 | | | | First -Class Mail |
| Pentair Filtration Solutions Llc | 1350 Hammond Rd | St Paul, MN 55110 | | | | | First -Class Mail |
| People Productions | Attn: Done Poe | 1737 15th St, Ste 200 | Boulder, CO 80302 | | | don.poe@peopleproductions.com | EmailFirst-Class Mail |
| Perceptum Group LLC | 2001 Union St, Ste 300 | San Francisco, CA 94123-4108 | | | | | First -Class Mail |
| Perfect Tangban | Address Redacted | | | | | | First -Class Mail |
| Perforce Software Inc | 400 1St Ave N, Ste 200 | Minneapolis, MN 55401-1720 | | | | | First -Class Mail |
| Perforce Software, Inc. | 400 1st Ave N, Ste 200 | Minneapolis, MN 55401 | | | | | First -Class Mail |
| Perforce Software, Inc. | 400 First Ave North | Minneapolis, MN 55401 | | | | | First -Class Mail |
| Performance Feeders Inc | 251 Dunbar Ave | Oldsmar, FL 34677-2900 | | | | | First -Class Mail |
| Performance Polymer Technologies | Attn: Don Fenton | 8801 Washington Blvd, Ste 109 | Roseville, CA 95678 | | | donfenton@pptech.com | EmailFirst-Class Mail |
| Performance Testing Laboratories Llc | 2601 S Garnsey St, Ste B | Santa Ana, CA 92707 | | | | | First -Class Mail |
| Performance Testing Laboratories, LLC | Attn: Mary Beth Proctor | 1428 N Manzanita St | Orange, CA 92867 | | | marybeth@performancetestinglabs.com | EmailFirst-Class Mail |
| Performance Testing Labs LLC | 1428 N Manzanita St A | Orange, CA 92867-3606 | | | | | First -Class Mail |
| Perioperative Medical Improvement | Attn: William J Mazzei Md | 700 W E St, Unit 2306 | San Diego, CA 92101-5994 | | | | First -Class Mail |
| Perkin Elmer Health Sciences Inc | 710 Bridgeport Ave | Shelton, CT 06484-4750 | | | | | First -Class Mail |
| Perkins Coie LLP | 11988 El Camino Real, Ste 350 | San Diego, CA 92130-2594 | | | | | First -Class Mail |
| Perma Pure | Attn: Jessica Light | 100 New Hampshire Ave | Lakewood, NJ 08701 | | | | First -Class Mail |
| Perma Pure LLC | Attn: Jessica Light | 100 New Hampshire Ave | Lakewood, NJ 08701 | | | jlight@permapure.com | EmailFirst-Class Mail |
| Perma Pure Llc | 1001 New Hampshire Ave | Lakewood, NJ 08701 | | | | | First -Class Mail |
| Perma Pure LLC | Attn: Jessica Light | 100 New Hampshire Ave | Lakewood, NJ 08701 | | | | First -Class Mail |
| Permabond, Llc | 14 Robinson St | Pottstown, PA 19464 | | | | | First -Class Mail |
| Perona, Megan Nicole | 518 S Springbrook Rd | Newberg, OR 97132 | | | | | First -Class Mail |
| Perry D Sabo | Address Redacted | | | | | | First -Class Mail |
| Person County Tax Collector | P.O. Box 1701 | Roxboro, NC 27573-1701 | | | | | First -Class Mail |
| Peter Doyle | Address Redacted | | | | | | First -Class Mail |
| Peter Staessens | | | | | | peter.staessens@arseus-medical.be | Email |
| Peterson Health | 551 Hill Country Dr | Kerrville, TX 78028 | | | | | First -Class Mail |
| Pexco | c/o Extrusion LLC | 2500 Northwinds Pkwy, Ste 472 | Alpharetta, GA 30009-2249 | | | | First -Class Mail |
| Pexco LLC | P.O. Box 532215 | Atlanta, GA 30353-2215 | | | | | First -Class Mail |
| Pf Medical Di Giuseppe Purrone | Piazzetta M Tigani, 2-89024 Polistena (RC) | Italy | | | | | First -Class Mail |
| PF Medical di Giuseppe Purrone | Piazzetta M Tigani, 2 | 89024 Polistena, RC | Italy | | | | First -Class Mail |
| Pfiedler Education | 2170 S Parker Rd, Ste 400 | Denver, CO 80231 | | | | | First -Class Mail |
| Pfiedler Education (Ce Seminar) | 2170 S Parker Rd, Ste 125 | Denver, CO 80231 | | | | | First -Class Mail |
| Pfiedler Enterprises Inc | Pfiedler Education | 2170 S Parker Rd, Ste 125 | Denver, CO 80231-5746 | | | | First -Class Mail |
| Pfitzinger Graphics LLC | Attn: Donald C Pfitzinger | 681 Larkin Williams Rd | Fenton, MO 63026-3108 | | | | First -Class Mail |
| Pharmaceutical Research Associates, Inc | 4130 Park Lane Ave, Ste 400 | Raleigh, NC 27612 | | | | | First -Class Mail |
| Pharmaceutical Research Associates, Inc. | 4130 Park Ln Ave, Ste 400 | Raleigh, NC 27612 | | | | | First -Class Mail |
| Pharmalink Consulting Inc | 51 John F Kennedy Pkwy, Ste 425 | Short Hills, NJ 07078-2704 | | | | | First -Class Mail |
| Pharmatelligence | Abton House Wedal Rd | Cardiff, CF14 3QX | United Kingdom | | | | First -Class Mail |
| Pharmawrite LLC | 152 Wall St | Princeton, NJ 08540-1514 | | | | | First -Class Mail |
| Pharmed UK Ltd | Unit 8 | Manor Park | Wildmere Industrial estate | Banbury OX163TB | United Kingdom | | First -Class Mail |
| Pharmethod Inc | 1170 Wheeler Way | Langhorne, PA 19047-3243 | | | | | First -Class Mail |
| Phasium A Megmeet Company | 4020 Moorpark Ave, Ste 115 | San Jose, CA 95117 | | | | | First -Class Mail |
| Phecda China, Ltd. | Room 404, No 88 Taoyu Road | Tianhe District, Guangzhou, Guangdong Province | China | | | | First -Class Mail |
| Phenomenex Inc | 411 Madrid Ave | Torrance, CA 90501-1430 | | | | | First -Class Mail |
| Phiama Inc | 236 Mckinley Park Ln | Louisville, CO 80027-1671 | | | | | First -Class Mail |
| Phiama, Inc. | 236 McKinley Park Ln | Louisville, CO 80027 | | | | | First -Class Mail |
| Philip E Silkoff | Address Redacted | | | | | | First -Class Mail |
| Philips Healthcare, A Division Of Philips North America Llc | 222 Jacobs St | Cambridge, MA 02141 | | | | | First -Class Mail |
| Philips North America Llc | 222 Jacobs St | Cambridge, MA 02141 | | | | | First -Class Mail |
| Phillips Plastics Corp | Lockbox | 3976 Solutions Ctr | Chicago, IL 60677-3009 | | | | First -Class Mail |
| Phillips Rs North America Llc (Fka Respironics) | Respironics Inc | 6501 Living Pl | Pittsburgh, PA 15206 | | | | First -Class Mail |
| Phillips-Medisize Costa Mesa LLC | c/o Risk Optimization Dept | Attn: Hillary Kamran | 2222 Wellington Ct | Lisle, IL 60532 | | hillary.kamran@molex.com | EmailFirst-Class Mail |
| Phillips-Medisize Costa Mesa LLC | Lockbox | 3976 Solutions Ctr | Chicago, IL 60677-3009 | | | | First -Class Mail |
| Phillips-Medisize Costa Mesa, LLC | fka Affinity | Attn: Edith Perez, Customer Svc | Attn: Ashutosh Kashyap, Quality Eng | 3545 Harbor Blvd, Ste 150 | Costa Mesa, CA 92626 | Edith.PerezCuatlayotl@molex.com; ashutosh.kashyap1@molex.com | EmailFirst-Class Mail |
| Phillips-Medisize Costa Mesa, Llc | 3545 Harbor Blvd, Ste 150 | Costa Mesa, CA 92626 | | | | | First -Class Mail |
| Phoenix Asia | No 7 Alley 47/4 | Lane 47 Nguyen Hong Rd | Lang Ha Commune, Dong Da Dist | Hanoi | Vietnam | | First -Class Mail |
| Phoenix Business Consulting Inc | 959 Redhawk Ln | Greensburg, PA 15601-7837 | | | | | First -Class Mail |
| Phoenix Business Consulting, Inc. | P.O. Box 237 | Greensburg, PA 15601 | | | | | First -Class Mail |
| Phoenix Instrument Business Co Ltd | Fl 4, No 6, Lane 609, Sec 5 | Chorng-Hsin Road, Sanchung | New Taipei City 24159 | Taiwan | | | First -Class Mail |
| Phoenix Mecano Inc | Attn: Candice Rincon | 7330 Executive Way | Frederick, MD 21704 | | | sylvia@pm-usa.com | EmailFirst-Class Mail |
| Phoenix Mecano Inc. | 7330 Executive Way | Frederick, MD 21704 | | | | | First -Class Mail |
| Photo Machining | Attn: Joey Placenti | 4 Industrial Dr | Pelham, NH 03076 | | | jplacenti@photomachining.com | EmailFirst-Class Mail |
| Photomachining | 4 Industrial Drive Unit | Pelham, NH 03076 | | | | | First -Class Mail |
| Photomachining, Inc. | 4 Industrial Park Dr, Unit 40 | Pelham, NH 03076 | | | | | First -Class Mail |
| Phouvanh V Xayalinh | Address Redacted | | | | | | First -Class Mail |
| Physician Sales & Service Inc | P.O. Box 749499 | Los Angeles, CA 90074-9499 | | | | | First -Class Mail |
| Physician Sales & Svc | 1938 Malvern Ave | Fullerton, CA 92833 | | | | | First -Class Mail |
| Pickrel Bros, Inc | Attn: James Pickrel | 901 S Perry St | Dayton, OH 45402 | | | www.pickrelbros.com | EmailFirst-Class Mail |
| Picture Time LLC | Attn: Jeff Stone | 1021 Kerber Pass N | Chaska, MN 55318 | | | Jeff@picturetimemn.com | EmailFirst-Class Mail |
| Picture Time LLC | 1021 Kerber Pass | Chaska, MN 55318-5403 | | | | | First -Class Mail |
| Piedmont Healthcare | 2334 De Foor Hills Rd | Atlanta, GA 30318 | | | | | First -Class Mail |
| Piedmont Healthcare, Inc. | 1800 Howell Mill Rd, Ste 850 | Atlanta, GA 30318 | | | | | First -Class Mail |
| Piedmont Healthcare, Inc. | 1968 Peachtree Rd NW | Atlanta, GA 30309 | | | | | First -Class Mail |
| Piergiuseppe Agostoni | Quadronno 11 | Milano | Italy | | | | First -Class Mail |
| Pierson Workholding | c/o Pierson Industries Inc | 4685 Runway St, Ste E | Simi Valley, CA 93063-3470 | | | | First -Class Mail |
| Pikielny Consultoria Ltda | Rua Joaquim Floriano, 243, cj 72 - CEP | 04534-010, Sao Paulo, SP | Brazil | | | | First -Class Mail |
| Pikielny Consultoria Ltda | Rua Joaquim Floriano 243 Cj 72 | Sao Paulo, SP 04534-010 | Brazil | | | | First -Class Mail |
| Pilgrim Quality Solutions | 3450 Buschwood Park Dr, Ste 34 | Tampa, FL 33618-4447 | | | | | First -Class Mail |
| Pilgrim Software, Inc. | 2807 W Busch Blvd, Ste 200 | Tampa, FL 33618 | | | | | First -Class Mail |
| Pillsbury Winthrop Shaw Pittman LLP | P.O. Box 742262 | Los Angeles, CA 90074-2262 | | | | | First -Class Mail |
| Pillsbury Winthrop Shaw Pittman LLP | P.O. Box 7880 | San Francisco, CA 94120-7880 | | | | | First -Class Mail |
| Pilot Freight Services | P.O. Box 654058 | Dallas, TX 75265-4058 | | | | | First -Class Mail |
| Ping Lu Chong Md | 1000 E Latham Ave, Ste E | Hemet, CA 92543 | | | | | First -Class Mail |
| Pinnacle | c/o Pinnacle Performance Group | 601 Carlson Pkwy, Ste 1050 | Hopkins, MN 55305-5219 | | | | First -Class Mail |
| Pinnacle Engineering & Design | 1535 Katella Way | Escondido, CA 92027-3637 | | | | | First -Class Mail |
| Pinnacle Engineering & Design (Monroe, William) | Willima Monroe | 7236 Mount Shasta Ave | Joshua Tree, CA 92252 | | | | First -Class Mail |
| Pinnacle Engineering & Design (Monroe, William) | 1535 Katella Way | Escondido, CA 92027 | | | | | First -Class Mail |
| Pinnacle Precision | 5410 E La Palma Ave | Anaheim, CA 92807 | | | | | First -Class Mail |
| Pinnacle Precision Sheet Metal | Attn: Erica Gamboa | 5410 E La Palma Ave | Anaheim, CA 92807 | | | erica@pinnaclemetal.com | EmailFirst-Class Mail |
| Pinnacle Precision Sheet Metal Corp | c/o Pinnacle Performance Group | 601 Carlson Pkwy, Ste 1050 | Hopkins, MN 55305-5219 | | | | First -Class Mail |
| Pinnacle Solutions | P.O. Box 220591 | St Louis, MO 63122-0591 | | | | | First -Class Mail |
| Pinnacle Solutions Llc | 6017 Snell Ave, Unit 916 | San Jose, CA 95123 | | | | | First -Class Mail |
| Pinnacle Technical Resources Inc | 5501 Lyndon B Johnson Fwy | Dallas, TX 75240 | | | | | First -Class Mail |
| Pinnacle Xray Solutions Inc | 480 Brogdon Rd, Ste 700 | Suwanee, GA 30024-8616 | | | | | First -Class Mail |
| PINP Inc | 3164 N Hudson Ave | Chicago, IL 60657-4712 | | | | | First -Class Mail |
| Pioneer Packaging | 730 E University Dr | Phoenix, AZ 85034 | | | | | First -Class Mail |
| Pioneer Packaging | Dept 0117 | Los Angeles, CA 90084-0001 | | | | | First -Class Mail |
| Pioneer Packaging Inc | c/o Pioneer Packaging Worldwide | 730 E University Dr | Phoenix, AZ 85034-6509 | | | | First -Class Mail |
| Piper Medical Corp | 1053 Village Ln | Chico, CA 95926-2812 | | | | | First -Class Mail |
| Piper Medical, Inc. | 1053 Village Ln | Chico, CA 95926 | | | | | First -Class Mail |
| Pisa Biopharm Inc. | 300 Great Oaks Blvd, Ste 325 | Albany, NY 12203 | | | | | First -Class Mail |
| Pitney Bowes Global | c/o Financial Services LLC | P.O. Box 371887 | Pittsburgh, PA 15250-7887 | | | | First -Class Mail |
| Pitney Bowes Global | c/o Financial Services LLC | P.O. Box 371896 | Pittsburgh, PA 15250-7896 | | | | First -Class Mail |
| Pitney Bowes Global | c/o Financial Services LLC | 1 Elmcroft Rd | Stamford, CT 06926-0700 | | | | First -Class Mail |
| Pitt County Memorial Hospital Inc | c/o Vidant Medical Center | P.O. Box 6028 | Greenville, NC 27835-6028 | | | | First -Class Mail |
| Pixel & Timber LLC | 1633 Pullan Ave | Cincinnati, OH 45223-2050 | | | | | First -Class Mail |
| Pixel And Timber, Llc | 3925 Spring Grove Ave | Cincinnati, OH 45223 | | | | | First -Class Mail |
| PJT Partners LP | 280 Park Ave, 17th Fl | New York, NY 10017-1274 | | | | | First -Class Mail |
| Pka Marketing | c/o Prom Krog Altstiel Inc | 1009 W Glen Oaks Ln, Ste 107 | Mequon, WI 53092-3382 | | | | First -Class Mail |
| Plan B Inc | 116 W Illinois St, Fl 2W | Chicago, IL 60654-2732 | | | | | First -Class Mail |
| Planet Pharma | Attn: Tim Bosse | 2100 Sanders Rd | Northbrook, IL 60062 | | | www.planet-pharma.com | EmailFirst-Class Mail |
| Planet Pharma LLC | 2100 Sanders Rd | Northbrook, IL 60062-6139 | | | | | First -Class Mail |
| Planful Inc | 555 Twin Dolphin Dr, 4th Fl | Redwood City, CA 94065-2129 | | | | | First -Class Mail |
| Planful, Inc | 555 Twin Dolphin Dr, Ste 400 | Redwood City, CA 94065 | | | | | First -Class Mail |
| Planview, Inc | Research Park Plaza V | 12301 Research Blvd, Ste 101 | Austin, TX 78759 | | | | First -Class Mail |
| Plaquemines Medical Center | 27136 La-23 | Port Sulphur, LA 70083 | | | | | First -Class Mail |
| Plaquemines Parish | Sales Tax Division | 333 F Edward Hebert Blvd | Bldg 102, Ste 345 | Belle Chasse, LA 70037 | | | First -Class Mail |
| Plasmatreat Usa Inc | 2541 Technology De | Elgin, IL 60124 | | | | | First -Class Mail |
| Plasmatreat USA Inc | 2541 Technology Dr, Ste 407 | Elgin, IL 60124-7845 | | | | | First -Class Mail |
| Plastech Corporation | 920 S Field Ave | Rush City, MN 55069 | | | | | First -Class Mail |
| Plastech, Lakeland Tool | Attn: Nick Frandsen | 920 S Frandsen Ave | Rush City, CA 55069 | | | Nfrandsen@frandsencorporation.com | EmailFirst-Class Mail |
| Plastic Ingenuity | 1017 Park St | Cross Plains, WI 53528-9630 | | | | | First -Class Mail |
| Plastic Molded Concepts | Attn: Garrett Woldanski | 111 Murphy Dr | Eagle, WI 53119 | | | woldanski@pmcplastics.com | EmailFirst-Class Mail |
| Plastic Process Equipment Inc | P.O. Box 670425 | Northfield, OH 44067-0425 | | | | | First -Class Mail |
| Plastic Process Equipment Inc | 8303 Corporate Park Dr | Macedonia, OH 44056-2300 | | | | | First -Class Mail |
| Plastic Products International | Lovet Road Pinnacles Harlow | Essex CM19 5AS | United Kingdom | | | | First -Class Mail |
| Plastic Products Int'l Ltd | Capital Pl Lovet Rd Pinnacles | Harlow, ES CM19 5AS | United Kingdom | | | | First -Class Mail |
| Plastic Supply & Fabrication Co Inc | 7743 E 38th St | Tulsa, OK 74145-3248 | | | | | First -Class Mail |
| Plastic Surgery Associates of Tulsa | 6585 S Yale Ave, Ste 1020 | Tulsa, OK 74136-8323 | | | | | First -Class Mail |
| Plasticos Y Materias Primas Sa De C | Juan De La Barrera 3609-2 | Guadalajara, JAL 44490 | Mexico | | | | First -Class Mail |
| Plasticos Y Materias Primas Sa De Cv | Juan De La Barrera 3609-2 | Guadalajara, Jal 44470 | Mexico | | | | First -Class Mail |
| Plasticweld Systems Inc | 3600 Coomer Rd | Newfane, NY 14108-9651 | | | | | First -Class Mail |
| Platinum Training LLC | 874 American Pacific Dr, Ste 120 | Henderson, NV 89014-8801 | | | | | First -Class Mail |
| Plaza Medical Ctr Fort Worth | 900 8Th Ave Receiving | Fort Worth, TX 76104 | | | | | First -Class Mail |
| Plexus Corp | 1 Plexus Way | Neenah, WI 54956-3045 | | | | | First -Class Mail |
| Plexus Corp | One Plexus Way | Neenah, WI 54956 | | | | | First -Class Mail |
| Plomics Inc | 76 Rivervale Rd | Shelburne, VT 05482-4415 | | | | | First -Class Mail |
| Pm Corporate Group, Inc (Dba Pm Packaging) | 2285 Michael Faraday Dr, Ste 12 | San Diego, CA 92154 | | | | | First -Class Mail |
| Pmalliance Inc | P.O. Box 621 | Tucker, GA 30085-0621 | | | | | First -Class Mail |
| PMSNA SSD Andove | 3000 Minuteman Rd | MS5303 | Andover, MA 01810 | | | | First -Class Mail |
| Pneumatic Scale Angelus - Oh | c/o Pneumatic Scale Corp | 10 Ascot Pkwy | Cuyahoga Falls, OH 44223-3325 | | | | First -Class Mail |
| Pnoi SA | Vassileos Georgiou 30 | 15233 Chalandri, Athens | Greece | | | | First -Class Mail |
| Pointe Camino Windell LLC | 2525 Main St, Ste 200 | Irvine, CA 92614-6679 | | | | | First -Class Mail |
| Polaris Recruitment Communications | 12 W Central Ave | Miamisburg, OH 45342-2813 | | | | | First -Class Mail |
| Polarixpartner Gmbh | Graf-Siegfried-Str 32 | Saarburg 54439 | Germany | | | | First -Class Mail |
| Polimedika DOO | Ulsr Njemacke 4/7 | 10020 Zagreb | Croatia | | | | First -Class Mail |
| Polimedika Doo | Sr Njemacke 4 | Zagreb, 10020 | Croatia | | | | First -Class Mail |
| Polished Geek Llc | 500 Westover Dr, Ste 6832 | Sanford, NC 27330-8941 | | | | | First -Class Mail |
| Politecnico Di Milano | c/o Deib | Piazza Leonardo Da Vinci 32 | Milano, 20133 | Italy | | | First -Class Mail |
| Politecnico Di Milano | Piazza Leonardo Da Vinci, 32 | 20133 Milano | Italy | | | | First -Class Mail |
| Pollution Control Specialist Inc | 1354 Ritchey St | Santa Ana , CA 92705-4727 | | | | | First -Class Mail |
| Polo Custom Products | c/o M-C Industries Inc | 3601 SW 29th St, Ste 250 | Topeka, KS 66614-2078 | | | | First -Class Mail |
| Polsinelli | 1401 Eye St Nw, Ste 800 | Washington, DC 20005 | | | | | First -Class Mail |
| Polsinelli Pc | 1401 Eye St Nw, Ste 800 | Washington, DC 20005 | | | | | First -Class Mail |
| Polsinelli Pc | 900 W 48th Pl, Ste 900 | Kansas City, MO 64112-1899 | | | | | First -Class Mail |
| Poly One MA Hanna | Dept 1176 | P.O. Box 121176 | Dallas, TX 75312-1176 | | | | First -Class Mail |
| Poly Pro Inc | 2003 Macy Dr | Roswell, GA 30076-6346 | | | | | First -Class Mail |
| Polyfoam Corp | 2355 Providence Rd | Northbridge, MA 01534-1085 | | | | | First -Class Mail |
| Polyfoam Corporation | 2355 Providence Rd | Northbridge, MA 01534 | | | | | First -Class Mail |
| Polygon Co | P.O. Box 176 | Walkerton, IN 46574-0176 | | | | | First -Class Mail |
| Polygon Co | 103 Industrial Park Dr | Walkerton, IN 46574-1068 | | | | | First -Class Mail |
| Polymer Technologies Inc | 420 Corporate Blvd | Newark, DE 19702 | | | | | First -Class Mail |
| Polymershapes Holdings Inc | c/o Polymershapes Lls | 9369 Dowdy Dr | San Diego, CA 92126 | | | | First -Class Mail |
| Polymershapes LLC | 24482 Network Pl | Chicago, IL 60673-0001 | | | | | First -Class Mail |
| Polyomed Cjsc | Novgorodskaya Str, 1, 6Th Floor, Ofa605, | 127576 Moscow | Russian Federation | | | | First -Class Mail |
| Polyomed Oy Ltd | Regus Business Center Graniittialo | Jaakonkatu 3 B, 7th Floor, off 7715 | 00100 Helsinki | Finland | | | First -Class Mail |
| Polyone Corp | 33587 Walker Rd | Avon Lake, OH 44012-1145 | | | | | First -Class Mail |
| Polyone Corporation | 33587 Walker Rd | Avon Lake, OH 44012 | | | | | First -Class Mail |
| Polytainers Inc | P.O. Box 71723 | Chicago, IL 60694-1723 | | | | | First -Class Mail |
| Polytainers Inc | c/o Poly Group Packaging LLC | 197 Norsman St | Toronto, ON M8Z 2R5 | Canada | | | First -Class Mail |
| Polyzen Inc | 1041 Classic Rd | Apex, NC 27539-4402 | | | | | First -Class Mail |