IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>VYAIRE MEDICAL, INC., *et al.*,[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 24-11217 (BLS)<br>)<br>) (Jointly Administered)<br>)<br>) Related to Docket No. 612 |

**CERTIFICATION OF NO OBJECTION REGARDING SECOND MONTHLY APPLICATION OF BERKELEY RESEARCH GROUP, LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS DURING THE PERIOD FROM AUGUST 1, 2024 THROUGH AUGUST 31, 2024**

The undersigned counsel hereby certifies that he is aware of no formal or informal objection or response to the *Second Monthly Application of Berkeley Research Group, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the Official Committee of Unsecured Creditors During the Period From August 1, 2024 Through August 31, 2024* [Docket No. 612] (the "Application"), filed by counsel to the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors in possession on October 9, 2024.  The undersigned counsel further certifies that he has reviewed the Court's docket, and no objection to the Application appears thereon.

Pursuant to the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 218] (the "Interim Compensation Order"), the notice of Application set a deadline of

---

[1] The last four digits of Debtor Vyaire Medical, Inc.'s federal tax identification number are 6495.  A complete list of each of the Debtors in these chapter 11 cases and each such Debtor's federal tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/Vyaire.  The location of Debtor Vyaire Medical, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 26125 North Riverwoods Boulevard, Mettawa, Illinois, USA 60045.

October 30, 2024 at 4:00 p.m. (Eastern Time) (the "Objection Deadline") for receipt of objections to the Application, and no extension of the Objection Deadline was granted.

Accordingly, pursuant to the Interim Compensation Order, the Debtors are authorized to pay 80% of the fees requested in the Application, or $290,500.80.

| | |
|---|---|
| Dated:  Wilmington, Delaware<br>         November 4, 2024 | **MCDERMOTT WILL & EMERY LLP**<br><br>*/s/ David R. Hurst*<br>David R. Hurst (I.D. No. 3743)<br>Maris J. Kandestin (I.D. No. 5294)<br>The Brandywine Building<br>1000 N. West Street, Suite 1400<br>Wilmington, Delaware 19801<br>(302) 485-3900<br>dhurst@mwe.com<br>mkandestin@mwe.com<br><br>- and -<br><br>Darren Azman<br>Kristin K. Going<br>One Vanderbilt Avenue<br>New York, New York 10017<br>(212) 547-5400<br>dazman@mwe.com<br>kgoing@mwe.com<br><br>*Counsel for the Official Committee of Unsecured Creditors* |