**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| VYAIRE MEDICAL, INC., *et al.*,[1] | ) ) | Case No. 24-11217 (BLS) |
| Debtors. | ) ) ) | (Jointly Administered) |

**DECLARATION OF PAUL H. DEUTCH REGARDING
THE SOLICITATION AND TABULATION OF VOTES ON, AND
ELECTIONS TO OPT-IN TO THE THIRD-PARTY RELEASE IN, THE JOINT
CHAPTER 11 PLAN OF VYAIRE MEDICAL, INC. AND ITS DEBTOR AFFILIATES**

I, Paul H. Deutch, hereby declare under penalty of perjury as follows:

1. I am the Executive Vice President of Omni Agent Solutions, Inc. ("Omni"), located at 5955 De Soto Ave., Suite 100, Woodland Hills, California, 91367 and 1120 Avenue of the Americas, 4th Floor, New York, NY 11036. I am over the age of 18 years and not a party to the above-captioned action.

2. I submit this declaration (the "Declaration") with respect to (i) the solicitation of votes and tabulation of ballots cast on the *Joint Chapter 11 Plan of Vyaire Medical, Inc. and its Debtor Affiliates* [Docket No. 581] (as may be amended, supplemented or otherwise modified from time to time, the "Plan")[2] and (ii) the solicitation and tabulation of elections to opt-in to the Third-Party Release contained in the Plan.

3. Prior to the commencement of these Chapter 11 Cases, Vyaire Medical, Inc. and the other above-captioned debtors and debtors in possession (collectively, the "Debtors") engaged

---

[1] The last four digits of Debtor Vyaire Medical, Inc.'s federal tax identification number are 6495. A complete list of each of the Debtors in these chapter 11 cases and each such Debtor's federal tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://omniagentsolutions.com/Vyaire. The location of Debtor Vyaire Medical, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 26125 North Riverwoods Boulevard, Mettawa, Illinois, USA 60045.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Plan.

Omni as their claims, noticing, and solicitation agent (the "Solicitation Agent") to assist with, among other things, (a) serving solicitation materials to the parties entitled to vote to accept or reject the Plan and (b) tabulating votes cast with respect thereto. Omni and its employees have considerable experience in soliciting and tabulating votes to accept or reject proposed chapter 11 plans. The Court authorized Omni's retention (a) as claims and noticing agent to the Debtors on June 11, 2024 pursuant to the O*rder (I) Authorizing and Approving the Appointment of Omni Agent Solutions, Inc. as Claims and Noticing Agent and (II) Granting Related Relief* [Docket No. 94] and (b) as administrative advisor to the Debtors on July 30, 2024 pursuant to the *Order Authorizing Debtors to Employ and Retain Omni Agent Solutions, Inc. as Administrative Agent Effective as of the Petition Date* [Docket No. 334].

4. Except as otherwise noted, all facts set forth herein are based on my personal knowledge, knowledge that I acquired from other employees of Omni or from the Debtors, and/or my review of the relevant documents. I am authorized to submit this Declaration on behalf of Omni. If I were called to testify, and if called as a witness, I could and would testify competently as to the facts set forth herein.

**A. Service and Transmittal of the Solicitation Packages.**

5. The Debtors established October 2, 2024 as the record date (the "Voting Record Date") for determining which creditors were entitled to vote on the Plan. Pursuant to the Plan, only Holders of Claims in the Voting Classes as of the Voting Record Date were entitled to vote to accept or reject the Plan. No other classes were entitled to vote on the Plan.

6. On October 11, 2024 and October 16, 2024, Omni caused to be distributed via first-class mail and/or email to Holders of Class 4 First Lien Claims and Class 5 Second Lien Claims (collectively, the "Voting Classes") as of the Voting Record Date: (a) the notice of hearing to be

held by the Court to consider Confirmation of the Plan (the "Combined Hearing Notice"); (b) a cover letter, including instructions to obtain access, free of charge, to the Plan and Disclosure Statement and the Scheduling Order (without exhibits, except the Solicitation Procedures) (the "Cover Letter"); and (c) the applicable Class 4 or Class 5 ballot (each a "Ballot," and collectively, the "Ballots," and collectively with the Combined Hearing Notice and Cover Letter, the "Solicitation Package").

7. The Solicitation Packages were distributed in accordance with the solicitation procedures (the "Solicitation Procedures") described in the *Motion of Debtors for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement on an Interim and Final Basis, (II) Scheduling a Combined Disclosure Statement Approval and Plan Confirmation Hearing, (III) Approving the Solicitation and Notice Procedures, (IV) Approving the Combined Hearing Notice, and (V) Granting Related Relief* [Docket No. 520] (the "Scheduling Motion").

8. In accordance with the Solicitation Procedures, Omni worked closely with the Debtors and their advisors to identify the Holders in the Voting Classes as of the Voting Record Date that were entitled to vote and to coordinate the distribution of the Solicitation Packages to such Holders. An affidavit of service evidencing the service of the Solicitation Packages was filed with the Court on November 4, 2024 [Docket No. 707].

**B.    The Tabulation Process.**

9. In accordance with the Solicitation Procedures, Omni reviewed, determined the validity of and tabulated the Ballots submitted to vote on the Plan. Each Ballot submitted to Omni was processed in accordance with Omni's standard tabulation procedures and in compliance with the Solicitation Procedures. To be included in the tabulation results as valid, each Ballot must have been properly executed, completed, and delivered according to the applicable voting

3

instructions by: (a) first class mail; (b) overnight courier; (c) personal delivery; or (d) via E-Ballot Portal, so that each Ballot was actually received by Omni no later than the Voting Deadline at the return address set forth in the applicable Ballot. Alternatively, Ballots could be submitted electronically through the Solicitation Agent's E-Ballot Portal at https://omniagentsolutions.com/Vyaire by no later than the Voting Deadline, unless the Debtors determine otherwise or as permitted by the Court. Omni completed its final tabulation of the Ballots on November 5, 2024, following a complete review and audit of all Ballots received.

10. Set forth below is a summary of the voting results with respect to the Voting Classes tabulated on a consolidated basis:

| **Total Ballots Received** | | | |
| --- | --- | --- | --- |
| **Accept** | | **Reject** | |
| **Number** *(% of Number)* | **Amount** *(% of Amount)* | **Number** *(% of Number)* | **Amount** *(% of Amount)* |
| **Class 4 – First Lien Claims** | | | |
| 49 *(100%)* | $146,189,713.20 *(100%)* | 0 *(0%)* | 0 *(0%)* |
| **Class 5 – Second Lien Claims** | | | |
| 4 *(100%)* | $117,549,742.14 *(100%)* | 0 *(0%)* | 0 *(0%)* |

11. The final tabulation of votes cast by timely and properly completed Ballots received by Omni is attached hereto as **Exhibit A**.

**C.    Ballot Opt-In Election.**

12. In addition, in accordance with the Solicitation Procedures, Omni reviewed and tabulated the elections recorded on the Ballots from Holders of Claims in the Voting Classes to

4

opt-in to the Plan's Third-Party Release. Each Ballot that Omni received from Holders of Claims in the Voting Classes checked the opt-in box on their Ballots.

**D.     Ballots That Were Not Counted.**

13.     Omni did not receive any Ballots that were not included in the tabulation above because they did not satisfy the requirements for a valid Ballot as set forth in the Scheduling Motion for the reasons described therein.

**E.     Notices of Non-Voting Status and Opt-In Forms.**

14.     On October 2, 2024, upon entry of the *Order (I) Approving the Adequacy of the Disclosure Statement on an Interim and Final Basis, (II) Scheduling a Combined Disclosure Statement Approval and Plan Confirmation Hearing, (III) Approving the Solicitation and Notice Procedures, (IV) Approving the Combined Hearing Notice, and (V) Granting Related Relief* [Docket No. 596] (the "Scheduling Order"), Omni sent via first-class mail and/or email (i) the *Notice of Non-Voting Status and Opt In to Release for Holders of Unimpaired Claims or Interests Conclusively Presumed to Accept the Plan* to Holders of Claims in Classes 1, 2, and 3 and (ii) the *Notice of Non-Voting Status and Opt In to Release for Holders of Impaired Claims or Interests Conclusively Presumed to Reject the Plan* to Holders of Claims in Classes 6, 9, and 10.

15.     All valid opt-in forms cast by Holders of Claims or Equity Interests in Class 1, Class 2, Class 3, Class 6, Class 9, and Class 10 received by Omni on or before the Voting Record Date were tabulated pursuant to the procedures set forth in the Scheduling Motion. Omni's tabulation of such valid opt-in forms is set forth in the report annexed hereto as **Exhibit B**.

16.     Omni is in possession of the Ballots and opt-in forms received by it, and copies of the same are available for review and inspection by or submission to this Court.

To the best of my knowledge, information, and belief, the foregoing information concerning the distribution, submission, and tabulation of Ballots and opt-in forms in connection with the Plan is true and correct.

Dated: November 7, 2024                    */s/ Paul H. Deutch*
                                                                               Paul H. Deutch
                                                                               Executive Vice President
                                                                               Omni Agent Solutions, Inc.

## **Exhibit A**

**Consolidated Ballot Report**

**Debtor: Vyaire Medical, Inc., et al.**

**Case No. 24-11217**

**Claims Ballot Detail Results**

**Class 4 - First Lien Claims**

## Class Summary

Voting Outcome: Accepted

|  | Total Received | Total Valid | Accepted | Rejected | Invalid |
|---|---|---|---|---|---|
| # Votes: | 49 | 49 | 49 | 0 | 0 |
| Vote %: |  |  | 100.00% | 0.00% |  |
| Amt: |  | $146,189,713.20 | $146,189,713.20 | $0.00 |  |
| Amt %: |  |  | 100.00% | 0.00% |  |

| Creditor | Ballot # | Clm Sch | Date Received | Printed Ballot Amount | Tabulated Vote Amount | Vote | Opt In Election | Comment |
|---|---|---|---|---|---|---|---|---|
| ACM ASOF VII CAYMAN HOLDCO LP | 34930 |  | 10/29/2024 | $34,907,847.57 | $34,907,847.57 | Accept | ✓ |  |
| ACM ASOF VIII SECONDARY C LP | 34931 |  | 10/29/2024 | $20,186,256.32 | $20,186,256.32 | Accept | ✓ |  |
| ASG MERKEL I SARL | 34951 |  | 11/5/2024 | $3,572,740.68 | $3,572,740.68 | Accept | ✓ |  |
| BENEFIT STREET PARTNERS CAPITAL OPPORTUNITY FUND II SPV 1 LP | 34975 |  | 11/4/2024 | $508,280.75 | $508,280.75 | Accept | ✓ |  |
| BENEFIT STREET PARTNERS CAPITAL OPPORTUNITY FUND SPV LLC | 34976 |  | 11/4/2024 | $532,657.59 | $532,657.59 | Accept | ✓ |  |
| BENEFIT STREET PARTNERS CLO II LTD | 34977 |  | 11/4/2024 | $787,438.20 | $787,438.20 | Accept | ✓ |  |
| BENEFIT STREET PARTNERS CLO III LTD | 34978 |  | 11/4/2024 | $562,080.12 | $562,080.12 | Accept | ✓ |  |
| BENEFIT STREET PARTNERS CLO IV LTD | 34932 |  | 11/4/2024 | $252,842.79 | $252,842.79 | Accept | ✓ |  |
| BENEFIT STREET PARTNERS CLO IX LTD | 34979 |  | 11/4/2024 | $998,320.98 | $998,320.98 | Accept | ✓ |  |
| BENEFIT STREET PARTNERS CLO V B LTD | 34933 |  | 11/4/2024 | $593,403.30 | $593,403.30 | Accept | ✓ |  |
| BENEFIT STREET PARTNERS CLO VI B LTD | 34934 |  | 11/4/2024 | $495,055.99 | $495,055.99 | Accept | ✓ |  |
| BENEFIT STREET PARTNERS CLO VIII LTD | 34980 |  | 11/4/2024 | $1,147,984.70 | $1,147,984.70 | Accept | ✓ |  |
| BENEFIT STREET PARTNERS CLO X LTD | 34981 |  | 11/4/2024 | $381,021.27 | $381,021.27 | Accept | ✓ |  |
| BENEFIT STREET PARTNERS CLO XI LTD | 34982 |  | 11/4/2024 | $603,365.59 | $603,365.59 | Accept | ✓ |  |
| BENEFIT STREET PARTNERS CLO XII LTD | 34983 |  | 11/4/2024 | $703,084.80 | $703,084.80 | Accept | ✓ |  |
| BENEFIT STREET PARTNERS CLO XIV LTD | 34935 |  | 11/4/2024 | $835,463.24 | $835,463.24 | Accept | ✓ |  |

Tuesday, November 5, 2024                                                                                                                                    Page 1 of 3

OMNI AGENT SOLUTIONS                                    Visit us on the Web at www.omniagentsolutions.com                                    PHONE: (818) 906-8300
5955 DE SOTO AVENUE, SUITE 100                                                                                                                                    FAX: (818) 783-2737
WOODLAND HILLS, CA 91367

**Debtor: Vyaire Medical, Inc., et al.**
**Case No. 24-11217**
**Claims Ballot Detail Results**
**Class 4 - First Lien Claims**

| Creditor | Ballot # | Clm Sch | Date Received | Printed Ballot Amount | Tabulated Vote Amount | Vote | Opt In Election | Comment |
|---|---|---|---|---|---|---|---|---|
| BENEFIT STREET PARTNERS CLO XIX LTD | 34936 | | 11/4/2024 | $97,268.74 | $97,268.74 | Accept | ☑ | |
| BENEFIT STREET PARTNERS CLO XV LTD | 34937 | | 11/4/2024 | $393,299.47 | $393,299.47 | Accept | ☑ | |
| BENEFIT STREET PARTNERS CLO XVI LTD | 34938 | | 11/4/2024 | $455,789.06 | $455,789.06 | Accept | ☑ | |
| BENEFIT STREET PARTNERS CLO XVII LTD | 34939 | | 11/4/2024 | $95,560.56 | $95,560.56 | Accept | ☑ | |
| BENEFIT STREET PARTNERS CLO XX LTD | 34940 | | 11/4/2024 | $96,824.06 | $96,824.06 | Accept | ☑ | |
| BENEFIT STREET PARTNERS DEBT FUND IV NON US SPV LP BENEFIT STREET PARTNERS DEBT FUND IV MASTER NON US LP | 34984 | | 11/4/2024 | $3,444,641.69 | $3,444,641.69 | Accept | ☑ | |
| BENEFIT STREET PARTNERS DEBT FUND IV SPV LP BENEFIT STREET PARTNERS DEBT FUND IV LP | 34941 | | 11/4/2024 | $3,487,901.17 | $3,487,901.17 | Accept | ☑ | |
| BENEFIT STREET PARTNERS SENIOR SECURED OPPORTUNITIES U MASTER FUND NON US LP | 34942 | | 11/4/2024 | $27,295.05 | $27,295.05 | Accept | ☑ | |
| BENEFIT STREET PARTNERS SMA C SPV LP BENEFIT STREET PARTNERS SMA C LP | 34985 | | 11/4/2024 | $540,614.20 | $540,614.20 | Accept | ☑ | |
| BENEFIT STREET PARTNERS SMA K SPV LP | 34943 | | 11/4/2024 | $439,798.08 | $439,798.08 | Accept | ☑ | |
| BLACKROCK EMMPD II INVESTMENT SARL | 34948 | | 11/5/2024 | $9,297,760.56 | $9,297,760.56 | Accept | ☑ | Claimant wrote claim amount of $14,706,899.79, tabulated at voting amount. |
| BNP PARIBAS | 34952 | | 10/31/2024 | $10,651,726.48 | $10,651,726.48 | Accept | ☑ | |
| BSP SENIOR SECURED DEBT FUND NON US SPV 1 LP | 34944 | | 11/4/2024 | $946,659.24 | $946,659.24 | Accept | ☑ | |
| BSP SENIOR SECURED DEBT FUND SPV 1 LP BENEFIT STREET PARTNERS SENIOR SECURED OPPORTUNITIES FUND LP | 34945 | | 11/4/2024 | $810,821.16 | $810,821.16 | Accept | ☑ | |
| BSP SMA T 2020 SPV LP | 34946 | | 11/4/2024 | $1,510,922.50 | $1,510,922.50 | Accept | ☑ | |
| COMMONWEALTH LAND TITLE INSURANCE COMPANY | 34970 | | 10/23/2024 | $1,416,666.67 | $1,416,666.67 | Accept | ☑ | |
| DIVERSIFIED LOAN FUND PRIVATE DEBT B SARL | 34947 | | 11/5/2024 | $1,185,516.59 | $1,185,516.59 | Accept | ☑ | Claimant wrote claim amount of $1,875,212.24, tabulated at voting amount. |

*Tuesday, November 5, 2024*    *Page 2 of 3*

OMNI AGENT SOLUTIONS
5955 DE SOTO AVENUE, SUITE 100
WOODLAND HILLS, CA 91367

Visit us on the Web at www.omniagentsolutions.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

**Debtor: Vyaire Medical, Inc., et al.**
**Case No. 24-11217**
**Claims Ballot Detail Results**
**Class 4 - First Lien Claims**

| Creditor | Ballot # | Clm Sch | Date Received | Printed Ballot Amount | Tabulated Vote Amount | Vote | Opt In Election | Comment |
|---|---|---|---|---|---|---|---|---|
| EMMPD ASG SARL | 34949 | | 11/5/2024 | $2,044,851.72 | $2,044,851.72 | Accept | ☑ | Claimant wrote claim amount of $5,312,986.98, tabulated at voting amount. |
| EMMPD INVESTMENT SARL | 34950 | | 11/5/2024 | $11,726,325.79 | $11,726,325.79 | Accept | ☑ | Claimant wrote claim amount of $18,548,326.51, tabulated at voting amount. |
| EMPLOYEES AND AGENTS PENSION PLAN GWL AND A FINANCIAL INC | 34957 | | 10/23/2024 | $1,522,916.66 | $1,522,916.66 | Accept | ☑ | |
| FIDELITY NATIONAL TITLE INSURANCE COMPANY | 34971 | | 10/23/2024 | $457,664.06 | $457,664.06 | Accept | ☑ | |
| ING CAPITAL LLC | 34967 | | 11/4/2024 | $8,680,625.04 | $8,680,625.04 | Accept | ☑ | |
| LANDMARK WALL SMA SPV LP LANDMARK WALL SMA LP | 34986 | | 11/4/2024 | $1,017,409.03 | $1,017,409.03 | Accept | ☑ | |
| NEWPORT GLOBAL CREDIT FUND MASTER LP | 34972 | | 10/23/2024 | $623,724.79 | $623,724.79 | Accept | ☑ | |
| PROVIDENCE DEBT FUND III NON US SPV LP PROVIDENCE DEBT FUND III MASTER | 34987 | | 11/4/2024 | $1,862,012.98 | $1,862,012.98 | Accept | ☑ | |
| PROVIDENCE DEBT FUND III SPV LP PROVIDENCE DEBT FUND III LP | 34988 | | 11/4/2024 | $3,495,332.92 | $3,495,332.92 | Accept | ☑ | |
| SEPARATE INVESTMENT ACCOUNT P3 DIVERSIFIED BOND I ACCOUNT OF MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY | 34962 | | 10/23/2024 | $2,299,071.00 | $2,299,071.00 | Accept | ☑ | |
| SEPARATE INVESTMENT ACCOUNT P5 DIVERSIFIED BOND II ACCOUNT OF MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY | 34963 | | 10/23/2024 | $3,470,547.12 | $3,470,547.12 | Accept | ☑ | |
| SHACKLETON 2014 V R CLO LTD | 34925 | | 11/4/2024 | $526,069.14 | $526,069.14 | Accept | ☑ | |
| SHACKLETON 2019 XIV CLO LTD | 34926 | | 11/4/2024 | $568,362.90 | $568,362.90 | Accept | ☑ | |
| SHACKLETON 2021 XVI CLO LTD | 34927 | | 11/4/2024 | $486,197.02 | $486,197.02 | Accept | ☑ | |
| THE US BUSINESS OF THE CANADA LIFE ASSURANCE COMPANY | 34959 | | 10/23/2024 | $304,583.29 | $304,583.29 | Accept | ☑ | |
| UBS AG STAMFORD BRANCH | 35008 | | 11/1/2024 | $5,137,110.57 | $5,137,110.57 | Accept | ☑ | Claimant wrote amount of $5,137,110.07, tabulated at voting amount. |

Tuesday, November 5, 2024    Page 3 of 3

OMNI AGENT SOLUTIONS
5955 DE SOTO AVENUE, SUITE 100
WOODLAND HILLS, CA 91367

Visit us on the Web at www.omniagentsolutions.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

**Debtor: Vyaire Medical, Inc., et al.**

**Case No. 24-11217**

**Claims Ballot Detail Results**

**Class 5 - Second Lien Claims**

**Class Summary** — Voting Outcome: Accepted

|  | Total Received | Total Valid | Accepted | Rejected | Invalid |
|---|---|---|---|---|---|
| # Votes: | 4 | 4 | 4 | 0 | 0 |
| Vote %: |  |  | 100.00% | 0.00% |  |
| Amt: |  | $117,549,742.14 | $117,549,742.14 | $0.00 |  |
| Amt %: |  |  | 100.00% | 0.00% |  |

| Creditor | Ballot # | Clm Sch | Date Received | Printed Ballot Amount | Tabulated Vote Amount | Vote | Opt In Election | Comment |
|---|---|---|---|---|---|---|---|---|
| ASG MERKEL I S.À R.L. | 34921 |  | 11/5/2024 | $10,944,966.41 | $10,944,966.41 | Accept | ✓ |  |
| DIVERSIFIED LOAN FUND – PRIVATE DEBT B S.À .R.L. | 34922 |  | 11/5/2024 | $8,783,124.23 | $8,783,124.23 | Accept | ✓ |  |
| EMMPD (ASG) S.A.R.L. | 34923 |  | 11/5/2024 | $10,944,966.43 | $10,944,966.43 | Accept | ✓ |  |
| EMMPD (INVESTMENT) S.À R.L. | 34924 |  | 11/5/2024 | $86,876,685.07 | $86,876,685.07 | Accept | ✓ |  |

Tuesday, November 5, 2024                                                                                                                                                       Page 1 of 1

OMNI AGENT SOLUTIONS                                    Visit us on the Web at www.omniagentsolutions.com                                    PHONE: (818) 906-8300
5955 DE SOTO AVENUE, SUITE 100                                                                                                              FAX: (818) 783-2737
WOODLAND HILLS, CA 91367

**<u>Exhibit B</u>**

**Opt-In Forms**

**Debtor: Vyaire Medical, Inc., et al.**

**Case No. 24-11217**

**Opt Out Detail Results**

**Non Voting Parties - Opt In Form Results**

| Creditor | Date Received | Opt In Election | Comment |
|---|---|---|---|
| AMAZON WEB SERVICES, INC | 11/4/2024 | ✓ | |
| FISCHER USA, INC | 11/4/2024 | ✓ | |
| SUNMED GROUP HOLDINGS, LLC DBA AIRLIFE | 10/23/2024 | ✓ | |
| TRELLEBORG SEALING SOLUTIONS US INC | 11/1/2024 | ✓ | |

Tuesday, November 5, 2024                                                                                                     Page 1 of 1

OMNI AGENT SOLUTIONS                    Visit us on the Web at www.omniagentsolutions.com           PHONE: (818) 906-8300
5955 DE SOTO AVENUE, SUITE 100                                                                       FAX: (818) 783-2737
WOODLAND HILLS, CA 91367