**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| VYAIRE MEDICAL, INC., *et al.*, | : | Case No. 24-11217 (BLS) |
| | : | |
| | : | Jointly Administered |
| | : | **AMENDED**[1] NOTICE OF |
| Debtors. | : | APPOINTMENT OF COMMITTEE |
| -------------------------------------------------------- | : | OF UNSECURED CREDITORS |

      Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1. **Sunmed Group Holdings, LLC (d/b/a AirLife)**, Attn: Caitlin Anderson, 2710 Northridge Drive NW, Grand Rapids, MI 49544, Phone: 310-902-1601, Email: canderson@myairlife.com

2. **Zensar Technologies Inc.**, Attn: Sasha Azar, 2 Research Way, Princeton, NJ 08540, Email: legal@zensar.com

3. **Cognizant Worldwide Ltd.**, Attn: Jessica Watts, 300 Frank W. Burr Blvd., Suite 36, 6th Floor, Teaneck, NJ 07666, Phone: 214-395-9070, Email: jessica.watts@cognizant.com

4. **Presido,** Attn: Jay Staples, One Penn Plaza, Suite 2501, New York, NY 10119, Phone: 770-582-7228, Email: jstaples@presido.com

5. **Vizient, Inc.,** Attn: Michael Clark, 290 E. John Carpenter Fwy, Irving, TX 75062, Phone: 972-830-7866, Fax: 214-574-3786, Email: michael.clark@vizientinc.com

6. **David M. Lewis Company,** Attn: Stephanie Lopez, 20750 Ventura Blvd., Suite 300, Woodland Hills, CA 91364, Phone: 888-957-3400, Email: slopez@dlcinc.com

          ANDREW R. VARA
          United States Trustee, Region 3

          */s/ Benjamin A. Hackman* for
          JOSEPH J. MCMAHON, JR.
          ASSISTANT UNITED STATES TRUSTEE

DATED: November 13, 2024

Attorney assigned to this Case: Benjamin A. Hackman, Esq., Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Patrick J. Reilley, Esq., Phone: (302) 652-3131, Fax: (302) 652-3117

---

[1] **Amended to reflect resignation of Data Modul, Inc. effective as of Nov. 11, 2024.**