# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| VYAIRE MEDICAL, INC.[1] | ) ) ) | Case No. 24-11217 (BLS) |
| Liquidating Debtor. | ) ) ) |  |

## CERTIFICATION OF COUNSEL REGARDING
## PROPOSED ORDER SCHEDULING OMNIBUS HEARING DATE

The undersigned, counsel to David M. Barse, solely in his capacity as the Plan Administrator of Vyaire Medical, Inc., *et al.* (the "Plan Administrator"), hereby certifies the following:

1. Counsel for the Plan Administrator, through communication with the Chambers of The Honorable Brendan L. Shannon, received an omnibus hearing date.

2. Attached hereto, as Exhibit A, is a proposed Order Scheduling Omnibus Hearing Date (the "Proposed Order") that states with specificity the date and time of the omnibus hearing scheduled, subject to Court approval.

3. The Plan Administrator respectfully request that the Proposed Order be entered at the earliest convenience of the Court.

---

[1] This chapter 11 case is now being administered by the Plan Administrator pursuant to the terms of the *Findings of Fact, Conclusions of Law, and Order Approving the Debtors' Disclosure Statement for, and Confirming the Second Amended Joint Chapter 11 Plan of Vyaire Medical, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 745]. The Plan Administrator's mailing address is Vyaire Medical, Inc., Attn: David M. Barse, Plan Administrator, c/o Cole Schotz P.C., 500 Delaware Avenue, Suite 1410, Wilmington, DE 19801.

Dated: March 25, 2025
      Wilmington, Delaware

                                    **COLE SCHOTZ P.C.**

                                    */s/ Patrick J. Reilley*
Patrick J. Reilley (No. 4451)
Stacy L. Newman (No. 5044)
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
preilley@coleschotz.com
snewman@coleschotz.com

- and -

Matteo Percontino, Esq. (Admitted *Pro Hac Vice*)
Court Plaza North, 25 Main Street
Hackensack, NJ 07601
Telephone: (201) 489-3000
Facsimile: (201) 489-1536
mpercontino@coleschotz.com

*Counsel to David M. Barse, solely in his capacity as the Plan Administrator of Vyaire Medical, Inc., et al.*